UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Jason M Kahan,
         Debtor

Chapter: 7
Case No: 24–11592
Judge Janet E. Bostwick

## NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

- United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

A proof of claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **11/12/24**

For further information, please contact the Trustee:

John O. Desmond
5 Edgell Road, Suite 30A
Framingham, MA 01701
508–879–9638

Date:8/14/24

Mary P. Sharon
Clerk, U.S. Bankruptcy Court