

**Forensic Analysis: Destination of Funds/Source of Funds**

Report Date: March 2024

Produced exclusively for Jason Kahan

1. Executive Summary...........................................................................................................3
2. About This Report............................................................................................................ 5
3. About Lukka...................................................................................................................... 5
4. Scope of Work...................................................................................................................6
5. Analysis.............................................................................................................................7
    5.1. Destination of Funds..................................................................................................7
    5.2. Source of Funds.......................................................................................................11
    5.3. Risk Score................................................................................................................ 12
    5.4. Sanction Screening and Illicit Activity...................................................................... 13
6. Conclusion...................................................................................................................... 13
**Appendix A - Valuation**......................................................................................................14
    Lukka Prime.................................................................................................................... 14
        Methodology.............................................................................................................. 14
**Appendix B - Risk Score**.................................................................................................. 16
    Risk Score....................................................................................................................... 16
    Algorithm for Risk Score calculation............................................................................... 17
**Disclaimer**..........................................................................................................................18

Produced exclusively for Jason Kahan

Confidential: Protected Under Attorney-Client Privilege    | 2

# 1. Executive Summary

This report summarizes the findings of a forensic analysis and investigation produced for Customer 1. Customer 1 is the potential victim of a cybercrime attack involving the theft of Bitcoin, and is seeking information that may assist with the recovery of Bitcoin. Utilizing Lukka's proprietary blockchain analysis tool, Lukka Investigator, and various forensic techniques, the investigation traced the movement of funds for the activity in question and screened Customer 1's wallets against sanction lists.

**Total Transaction Volume:** 1,829.77361624 BTC ($115,558,419.55 USD[1])

**Number of Transactions:** 28,410 transactions between 2015-10-21 16:49:32 UTC and 2023-10-29 06:52:59 UTC

**Originating Addresses Provided by Customer 1:**

| Originating Address: Wallet-A |
| --- |
| bc1qgyz4aglh8fna6lfmjsqkkmrl6lvjdrvemlc7kc |

*Table 1*

| Key Findings |
| --- |
| **Suspicious Activity:** The Source of Funds analysis identified transactions consistent with "layering." Layering is a technique used to obfuscate the source of funds and decrease the overall traceability. However, the identified addresses are **NOT** associated with known criminal activity, illicit or threat finance. |
| **Sanction Screening and Risk Scores:** As of 06 March 2024, the 25 identified Bitcoin addresses (see Table 12) that appear in the destination of funds analysis of Wallet-A, are **NOT** associated with sanctioned addresses or other illicit activity. |

---

[1] USD pricing was determined using the Lukka Prime Rate of $63,154.49 as of 04 March 2024 00:00:00 UTC . A description of the Lukka Prime methodology can be found in Appendix-A of this report.

**Destination Addresses:** Based on Lukka's analysis, the funds from Wallet A were transferred to 7 destination addresses. As of 06 March 2024, the funds are currently in the 7 destination addresses listed below:

| Destination Address | Amount (BTC) | Destination |
| --- | --- | --- |
| bc1qlzxjh5tcn3jesdyxtvgl9ykxt2tzlzdefzl0hz | 1000.00033000 | un-/self-hosted |
| bc1qqku85etxa6332mc5j0nlj2mj8zllm9xylpst7y | 610.14339878 | un-/self-hosted |
| bc1qu2pp66jxlt3af4fts8kgj5358x7kyscz3zqssr | 100.00000000 | un-/self-hosted |
| bc1quuwpv6wapsqdq237l97xp6e5mpp66pph74gx4x | 100.00000000 | un-/self-hosted |
| 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | 13.99998320 | Binance |
| 1B9c9XmWmeyVBWz1HRjLdAvCNo6a4Zu6pN | 3.00000000 | Binance |
| 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci | 3.00000000 | Binance |

*Table 2*

## 2. About This Report

This report was prepared by Lukka's forensic investigation team using solutions from the Lukka Investigator product ("Investigator"). Investigator is a fully automated tracking solution that improves the efficiency of investigations while providing detailed and tabular evidence files. Investigator offers five different methodologies to trace transactions, including through de-mixing services while delivering fast and reliable results with custom parametrization and real-time monitoring functionality.

The report covers transactions associated with Wallet-A made through 06 March 2024. The last observed transaction was made on 29 October 2024. All times in this report are reflected in the UTC time zone.

## 3. About Lukka

Founded in 2014, Lukka serves the most risk-mature businesses in the world with institutional data and software solutions. As a global company, headquartered in the United States, Lukka bridges the gap between the complexities of blockchain data in a global crypto ecosystem with traditional business and reporting needs. Lukka was the first in the industry to not only complete an AICPA Service Organization Controls (SOC) 1 Type II and AICPA SOC 2 Type II audits, but to build its products with these frameworks at the center of their design and architecture. Lukka has maintained SOC audits from a top 10 auditor for 6 years and added the globally recognized data security-focused ISO/IEC-27001 certification.

## 4. Scope of Work

A Destination of Funds and a Source of Funds analysis were conducted on the provided address ("Evaluated Address"). The analysis was performed on the Bitcoin-Blockchain ("*BTC*") using the Lukka Investigator product. The Investigator product provides an in depth analysis of wallet addresses to track and trace the movement of funds between addresses.

| # | Blockchain | Evaluated Address | Amount Received (BTC) | Amount Received (USD)[2] |
|---|---|---|---|---|
| 1 | BTC | bc1qgyz4aglh8fna6lfmjsqkkmrl6lvjdrvemlc7kc | 1,829.77361624 | $41,673,075.48 |

*Table 3*

Along with the tracing, a risk rating and sanction screening analysis was performed on each of the destination wallet addresses.

| Destination Address |
|---|
| bc1qlzxjh5tcn3jesdyxtvgl9ykxt2tzlzdefzl0hz |
| bc1qqku85etxa6332mc5j0nlj2mj8zllm9xylpst7y |
| bc1qu2pp66jxlt3af4fts8kgj5358x7kyscz3zqssr |
| bc1quuwpv6wapsqdq237l97xp6e5mpp66pph74gx4x |
| 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c |
| 1B9c9XmWmeyVBWz1HRjLdAvCNo6a4Zu6pN |
| 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci |

*Table 4*

---

[2] USD pricing was determined using the Lukka Prime Rate of $22,809.00 as of 03 August 2022, 13:46 UTC. A description of the Lukka Prime methodology can be found in Appendix-A of this report.

# 5. Analysis

The below section provides an in depth overview of the Source of Funds and Destination of Funds analysis and the Risk Scoring and Sanction Screening.

## 5.1. Destination of Funds

Destination of Funds analysis is the review of all transactions originating from the target address (Wallet-A). Based on Lukka's analysis, the funds from Wallet-A were transferred to 7 destination addresses. As of 06 March 2024, the funds are currently in the 7 destination addresses listed below:

| Source | Destination Address | Assets Traced Inflow Start Time | Assets Traced Inflow End Time | Assets Traced |
|---|---|---|---|---|
| Binance | 1B9c9XmWmeyVBWz1HRjLdAvCNo6a4Zu6pN | 2023-01-17 17:09:46 | 2023-01-17 17:09:46 | 3.00000000 |
| Binance | 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci | 2022-12-25 07:16:31 | 2023-01-17 05:27:42 | 3.00000000 |
| Binance | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | 2022-09-07 04:49:28 | 2022-10-23 06:33:14 | 13.99998320 |
| | bc1qlzxjh5tcn3jesdyxtvgl9ykxt2tzlzdefzl0hz | 2023-10-29 06:52:59 | 2023-10-29 06:52:59 | 1,000.00000000 |
| | bc1qqku85etxa6332mc5j0nlj2mj8zllm9xylpst7y | 2023-10-29 06:52:59 | 2023-10-29 06:52:59 | 610.14339878 |
| | bc1qu2pp66jxlt3af4fts8kgj5358x7kyscz3zqssr | 2023-10-29 06:52:59 | 2023-10-29 06:52:59 | 100.00000000 |
| | bc1quuwpv6wapsqdq237l97xp6e5mpp66pph74gx4x | 2023-10-29 06:52:59 | 2023-10-29 06:52:59 | 100.00000000 |

*Table 5*

Our analysis shows that 19.99998320 BTC of the assets traced were sent to the global cryptocurrency exchange Binance. The destination addresses identified as belonging to Binance are shown in the following table:

| # | Source | Destination Address | Amount Received (BTC) | Amount Received (USD)[3] |
|---|---|---|---|---|
| 1 | Binance | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | 13.99998320 | $262,853.76 |
| 2 | Binance | 1B9c9XmWmeyVBWz1HRjLdAvCNo6a4Zu6pN | 3.00000000 | $63,541.23 |
| 3 | Binance | 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci | 3.00000000 | $59,119.71 |
| TOTAL: | | | 19.99998320 | $385,514.70 |

*Table 6*

---

[3] USD pricing was determined using the Lukka Prime Rate of the time of the transaction. A description of the Lukka Prime methodology can be found in Appendix-A of this report.

Below are the details of the transfers to the destinations identified as belonging to Binance:

| # | Destination Address | Transaction Hash | Transaction Date (UTC) | Assets Traced (BTC) |
|---|---|---|---|---|
| 1 | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | fe6b7f1e768e6f96e9e4e12be1413c4da9dfeabb41a9f224830f96e02840a31e | 2022-09-07 04:49:28 | 1.99999664 |
| 2 | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | 2887c44ee897ad2ea0e4174478b0e536563a2e75912cd5ece49dab5691bee286 | 2022-09-19 04:21:48 | 2.99999664 |
| 3 | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | afc9b40f8aed9e0aa93c76de7f5af2774f1b920517ffa744ef0ce013e865a001 | 2022-09-19 07:35:40 | 4.99999664 |
| 4 | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | 16aa9e8f1f07702938945240b9bc47288aca7d9e671579793865f62638d52857 | 2022-10-23 05:38:22 | 1.99999664 |
| 5 | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | cf5abf4f37717e1d33c408570cfae1a98fea751bcb766dd1c622e67826dc232c | 2022-10-23 06:33:14 | 1.99999664 |
| 6 | 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci | f14491baf6db255d30385344b5c85212e6070f3a76c759481cd34054a29d4717 | 2022-12-25 07:16:31 | 1.00000000 |
| 7 | 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci | 9ea01317f0e69e44763f9c6a879bea83d1c865c9b5d30b2476ef0ebe8c112b87 | 2023-01-17 05:27:42 | 2.00000000 |
| 8 | 1B9c9XmWmeyVBWz1HRjLdAvCNo6a4Zu6pN | b8d5f85ea99e428c2f8636393470391fd8506ec90a6c8329dd976535c2130d10 | 2023-01-17 17:09:46 | 3.00000000 |
| TOTAL: | | | | 19.99998320 |

Table 7

In addition, we have identified the following -4- self-hosted addresses as recipients of Assets Traced. As of the date of this report, funds remain at these addresses:

| # | Destination Address | Amount Received (BTC) | Amount Received (USD)[4] |
|---|---|---|---|
| 1 | bc1qlzxjh5tcn3jesdyxtvgl9ykxt2tzlzdefzl0hz | 1000.00000000 | $22,809,000.00 |
| 2 | bc1qqku85etxa6332mc5j0nlj2mj8zllm9xylpst7y | 610.14339878 | $13,916,760.78 |
| 3 | bc1qu2pp66jxlt3af4fts8kgj5358x7kyscz3zqssr | 100.00000000 | $2,280,900.00 |
| 4 | bc1quuwpv6wapsqdq237l97xp6e5mpp66pph74gx4x | 100.00000000 | $2,280,900.00 |
| TOTAL: | | 1,810.14339878 | $41,287,560.78 |

Table 8

---

[4] USD pricing was determined using the Lukka Prime Rate of $22,809.00 as of 03 August 2022, 13:46 UTC. A description of the Lukka Prime methodology can be found in Appendix-A of this report.

The below graphic provides visual representation of the movement of funds from the *Evaluated Address* to the -7- destination addresses:



Table 9

## 5.2. Source of Funds

Source of Funds analysis traces the origin of assets prior to transfer to the target address (Wallet-A). There were 28,410 transactions identified between BTC block 379,910 (2015-10-21 16:49:32 and block 814,345 (2023-10-29 06:52:59 UTC)

The Source of Funds analysis identified a collecting cluster, which served as the primary source of funds contributing to Wallet-A. Forensic investigators observed transactions consistent with "layering". Layering is a technique that may be used to obfuscate the source of funds and decrease the overall traceability. In this instance, a loop of assets which paid small amounts of BTC to an exchange and a relay chain are both noted.  **However, the identified addresses are NOT associated with <u>identified</u> criminal activity, cyber attacks, illicit or threat finance. *Definitive determination of illicit activity is not possible without additional information, however, given the information available and provided at this time, such activity was not detected.**

There is no identifiable period of dormancy in the BTC associated with the wallet addresses provided:

- 01/2021 – 12/2022:  10 transactions
- 01/2017 – 12/2020:  17,953 transactions
- 10/2015 – 12/2016:   10,442 transactions

Below is a depiction of the flow of funds into Wallet A after the Relay Chains.



Table 10

## 5.3. Risk Score

The Risk-Score is Lukka's internal Risk Rating indicator expressing the level of money laundering, fraud and compliance risk associated with counterparties of blockchain transactions. The wallet address is assigned with a Risk-Score ranging from 0 to 99, where the higher score reflects a higher risk. The risk assessment meets international standards of the risk-based approach as set by the Financial Action Task Force.

The Risk Score is a Risk Rating indicator expressing the level of money laundering, fraud and compliance risk associated with counterparties of blockchain transactions. Each blockchain address or group of addresses identified as belonging to the same user is assigned with a 0 to 99 Risk Score where the higher score reflects higher risk.

- 0-32 – Low Risk; Examples include addresses that belong to cash back service, negative news, or addresses that belong to payment processors.
- 33-65 – Medium Risk; Examples include freshly generated wallets, burn addresses, or addresses used by validators or stakers.
- 66-99 – High Risk. Examples include addresses associated with high country risk, address is part of funds layering/mixing scheme, or adverse media.

The Risk Score algorithm takes into consideration all transactions at the evaluated address - incoming and outgoing, from the onset of address activity. The entire tree of incoming and outgoing transactions from the evaluated address is screened in search of illicit source and destination addresses. The risk is evaluated based on more than 300 risk scenarios.

We have determined a **Medium** to **High** Risk-Score for all destination addresses of assets traced:

| # | Destination Address | C-Score | Risk | Illicit Activity | Sanctioned |
|---|---|---|---|---|---|
| 1 | 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | 87 | HIGH | NO | NO |
| 2 | 1B9c9XmWmeyVBWz1HRjLdAvCNo6a4Zu6pN | 86 | HIGH | NO | NO |
| 3 | 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci | 86 | HIGH | NO | NO |
| 4 | bc1qlzxjh5tcn3jesdyxtvgl9ykxt2tzlzdefzl0hz | 34 | MEDIUM | NO | NO |
| 5 | bc1qqku85etxa6332mc5j0nlj2mj8zllm9xylpst7y | 33 | MEDIUM | NO | NO |
| 6 | bc1qu2pp66jxlt3af4fts8kgj5358x7kyscz3zqssr | 34 | MEDIUM | NO | NO |
| 7 | bc1quuwpv6wapsqdq237l97xp6e5mpp66pph74gx4x | 34 | MEDIUM | NO | NO |

*Table 11*

Addresses 1, 2, and 3 have been identified as deposit addresses belonging to Binance. The high risk associated with these addresses is due to the fact that Binance operates in several high-risk countries, specifically Cambodia and Uganda.

## 5.4. Sanction Screening and Illicit Activity

All 25 Bitcoin addresses identified in source of funds and destination of funds tracing were screened to determine sanctions by the OFAC or involved in illegal activity. Our results showed that the addresses involved are **NOT** associated with sanctions or other illicit activity.

| Wallet Address | C-Score | Illicit Activity | Sanctioned | Date Checked |
|---|---|---|---|---|
| bc1qm34lsc65zpw79lxes69zkqmk6ee3ewf0j77s3h | 89 | NO | NO | 06 March 2024 |
| 1qx2gZsvPvfVeGDJmQkhVoRxLsRCSrz5c | 87 | NO | NO | 06 March 2024 |
| 1EWbQtKewxraSgd1RGZMDTsZhqpHE6cUDJ | 86 | NO | NO | 06 March 2024 |
| 1B9c9XmWmeyVBWz1HRjLdAvCNo6a4Zu6pN | 86 | NO | NO | 06 March 2024 |
| 1NTG4nDdFsRGtiyh7UUvcSDndELmSVpsci | 86 | NO | NO | 06 March 2024 |
| bc1q66sr5rsvw97757jj35kanf7f0y4x03hs83jv2j | 40 | NO | NO | 06 March 2024 |
| bc1qftfu6rghnwmrl50vft3eafzx7qxcs0ngq5xfdv | 40 | NO | NO | 06 March 2024 |
| bc1quvdry2crrcvgamt38vkjctggx56tvmmlezlf26 | 39 | NO | NO | 06 March 2024 |
| bc1q6et5lgln3sfzpgqskyy3mwwmhnnsffql7tfk7v | 39 | NO | NO | 06 March 2024 |
| bc1qddj3z5d74uyrraqfcrwh7n32ukm94qwzdenr2z | 39 | NO | NO | 06 March 2024 |
| bc1quuu3hladldju93mr8grj92de7g3hw8e3zjdkhx | 39 | NO | NO | 06 March 2024 |
| bc1q8feg44mmltlxt5j5cwpsp0meadaf9k26x89ksw | 37 | NO | NO | 06 March 2024 |
| bc1qgyz4aglh8fna6lfmjsqkkmrl6lvjdrvemlc7kc | 37 | NO | NO | 06 March 2024 |
| bc1qvd7cuj3wpkythd79v8wrghswnqmaflgh9pv30x | 37 | NO | NO | 06 March 2024 |
| bc1q05gxhr3t7l3wanvx9fjml6ntsu2gsptf3rwr7m | 36 | NO | NO | 06 March 2024 |
| bc1qn6z3dv72eghx9lxzurjr4gr7junguuuyjzth4a | 36 | NO | NO | 06 March 2024 |
| bc1qpnf5plnkv7ndgnr3gy538zfx5mk3mryejk48qj | 36 | NO | NO | 06 March 2024 |
| bc1qv4r6x2j2ansjfepdrptnrjevy0kgn5dvp4ctfs | 36 | NO | NO | 06 March 2024 |
| bc1qlzxjh5tcn3jesdyxtvgl9ykxt2tzlzdefzl0hz | 34 | NO | NO | 06 March 2024 |
| bc1qu2pp66jxlt3af4fts8kgj5358x7kyscz3zqssr | 34 | NO | NO | 06 March 2024 |
| bc1quuwpv6wapsqdq237l97xp6e5mpp66pph74gx4x | 34 | NO | NO | 06 March 2024 |
| bc1q6g64ysgh67x6suys7z23tte8jlmmgtx6uspxd8 | 33 | NO | NO | 06 March 2024 |
| bc1qqku85etxa6332mc5j0nlj2mj8zllm9xylpst7y | 33 | NO | NO | 06 March 2024 |
| bc1qy4eqmxs2k5ssyqn736m3yu0plrxwp6kn5mrqqd | 33 | NO | NO | 06 March 2024 |
| bc1qwx7tz5fu4ufrh2kcr7vq3jxwg9kg5787neyu5m | 33 | NO | NO | 06 March 2024 |

*Table 12*

# 6. Conclusion

Based on the Source of Funds analysis, the funds from Wallet A address were sourced from many different wallet addresses. As of 06 March 2024, Destination of Funds analysis with the Investigator product indicates that the funds from Wallet A are currently dispersed across 7 wallet addresses. Approximately 1,810 BTC are disbursed in 4 un-hosted or self-hosted wallets; these funds can be recovered if private keys are available. The remaining 3 wallets are identified as Binance based wallets. The wallets at Binance contain a total of approximately 20 BTC.

**Suspicious Activity:** The Source of Funds analysis identified transactions consistent with "layering". Layering is a technique used to obfuscate the source of funds and decrease the overall traceability. However, the identified addresses are **NOT** associated with known criminal activity, illicit or threat finance.

**Sanction Screening and Risk Scores:** As of 06 March 2024, the 25 identified Bitcoin addresses (see Table 12) that appear in the destination of funds analysis of Wallet-A, are **NOT** associated with sanctioned addresses or other illicit activity.

# Appendix A - Valuation

## Lukka Prime

Lukka Prime is designed to provide an estimated fair market value for bitcoin, in a manner that aligns with accounting principles generally accepted in the United States ("U.S. GAAP") and International Financial Reporting Standards Foundation ("IFRS") accounting guidelines regarding fair market value measurements. Lukka Prime seeks to identify a "principal market" for bitcoin, by evaluating eligible bitcoin exchanges across a variety of different criteria, including the exchanges' oversight and governance frameworks, microstructure efficiency, trading volume, data transparency and data integrity.

### Methodology

In determining the value of Bitcoin, Lukka applies a five-step weighting process for identifying the principal exchange for bitcoin and the last executed trade price on that exchange. A Base Exchange Score ("BES"), that takes into account the criteria above, is assigned to each eligible exchange in order to select the most appropriate primary exchange and then the last executed exchange price is determined at 4:00 p.m. ET.

**Step 1:** Assign each exchange for bitcoin and U.S. Dollars a BES reflecting static exchange characteristics such as oversight, microstructure and technology. The score assigned for exchange oversight will depend on parameters such as jurisdiction, regulation and "Know Your Customer and Anti-Money Laundering Compliance" (KYC/AML). Lukka also takes the effective bid-ask spread as a proxy for microstructure efficiency. Additionally, Lukka aligns an exchange's trade data for a given market with quotes data pertaining to the same market. Exchanges whose traded prices deviate outside the spreads indicated by the quotes data are penalized. Finally, the level of detail of the data offered by an exchange is accounted for, with the most transparent exchanges offer order-level data, followed by order book, trade-level, and then candles. The BES is recalculated monthly.

**Step 2:** Adjust the BES based on the relative monthly volume each exchange services in respect to the total volume across all exchanges. This new score is the Volume Adjusted Score ("VAS"). The VAS is recalculated monthly using the previous month's volume.

**Step 3:** The VAS for each exchange is then time-decayed, penalizing aged trades in favor of more-recent trades. The scores are used in tandem with the most recent trades per pair and exchange to compute the Decayed Volume Adjusted Score (DVAS). This is done by multiplying the VAS by a decay factor. The decay factor is calculated as a function of the amount of time elapsed since the most recent trade.

**Step 4:** Rank the exchanges by the DVAS score and designate the highest-ranking exchange as the Principal Market for that point in time—the principal market is the exchange with highest DVAS.

**Step 5:** The last executed exchange price on the principal market is used to represent fair market value at 4:00 p.m. ET.

# Appendix B - Risk Score

## Risk Score

The Risk Score is an internal Risk Rating indicator expressing the level of money laundering, fraud and compliance risk associated with counterparties of blockchain transactions. Each blockchain address or group of addresses identified as belonging to the same user is assigned with a 0 to 99 Risk Score where the higher score reflects higher risk.

Lukka uses the system of Flags assigned to blockchain addresses, its owners or holders (payment processors). Flags carry the value (usually binary – True or False, however other types of variables may be used) resulting from events related to blockchain addresses and its users. For example, a binary Flag "terrorism financing" is assigned to a blockchain address in case it was found as a donation address of a terrorism organization. A part of Flags is assigned manually and a part result from automated processing or automated propagation of already existing Flags.

Flags are automatically transposed into the Risk Indicators, each representing a specified, defined risk associated with blockchain address or its user (multiple Risk Indicators can be assigned to one address or user). Lukka AML model currently utilizes several hundreds of Risk Indicators grouped in a few categories: Criminal or Illicit Activity; Cybercrime; Industry, Service and Occupation, etc. Our model consists of Risk Indicators typical for traditional AML systems used by financial institutions as well as blockchain specific ones.

Each Risk Indicator carries a Risk Severity score, which is a number from 0 to 99 reflecting the level of risk represented by this Risk Indicator. The Risk Severity of Risk Indicators may be decreased by the Mitigation Factor, if the materialized Risk Indicators appear together in the group of Risk Indicators relating to the similar risk. The Risk Severity score of all Risk Indicators is pulled to the Mathematical Function the output of which is also the value from 0 to 99, which is the Risk Score.

The Risk Score can be lower in case the address or its owner has been put on the list of Trusted Parties Network Members. Trusted Party Network Member is the subject who passed the AML/KYC evaluation with Confirm. Trusted Party Network Members are eligible for being marked as such on Lukka AML/KYC Risk Reports for the addresses which they registered with Lukka. Further, the Risk Score counts from 0 (instead of 33), in case the results of AML/KYC evaluation of the does not exceed the risk level acceptable by Lukka, thus AML/KYC Risk Reports may result in Low Risk Rating for Trusted Party Network Members.

Selected Flags are automatically transposed into Profiles, each representing specified characteristics or industry related to the blockchain address or its user (multiple Profiles can be assigned to one address or user). Profiles do not carry the Risk Severity score and therefore do not impact the Risk Score, as all adverse Profiles (e.g., mixer, gambling service, charity, inactive user) have corresponding Risk Indicators that carry the risk evaluation.

The Risk Score is automatically transposed into Risk Rating which is the reflection of Risk Score
as either low, medium or high risk:

- 0-32 – Low Risk;
- 33-65 – Medium Risk;
- 66-99 – High Risk.

## Algorithm for Risk Score calculation

Step 1: Take all risk indicators associated with the address
Step 2: Divide them into Groups related to similar risks
Step 3: For each Group:
    a. For all of the flags in the group (without the most severe one), lower the severity by 25%.
Step 4. Reorder risk indicators from the most severe: R1, R2, R3, R4, …

Calculate the Risk Score according to the Formula:

$$C - score = R_1 + \frac{R_2}{x_1 + (x_2 * 0)} + \frac{R_3}{x_1 + (x_2 * 1)} + \frac{R_4}{x_1 + (x_2 * 2)} + \cdots$$

*where:*
- *Rx – Severities of individual Risk Indicators, sorted in descending order after lowering*
- *within Groups;*
- *x1 – First parameter of calculation;*
- *x2 – Second parameter of calculation;*

*where, depending on the value of R1, values parameters x1 and x2 are the following:*
- If R1 < 33, then: x1 = 3; x2 = 1
- If 33 ≤ R1 < 66, then: x1 = 6; x2 = 2
- If R1 ≥ 66, then: x1 = 7; x2 = 1

Risk Score values are capped at 99 and higher values will be reduced to 99. The values are rounded to integer.

Certain addresses may belong to owners with proven credibility (e.g. Lukka Trusted Party Network Members, Banks, Authorities, etc.). In such case the Risk Score may be reduced by the value of Trust Indicator, arbitrarily assigned by Confirm to the owner of the address, however it cannot go below zero.

If there are no decreasing factors for the address and the result of calculation is below 33, Risk Score is automatically raised to the basic level of 33.

# Disclaimer

Lukka, Inc. is not in any way connected with or under any common control with any of the recipients of this report and therefore has full ability to provide independent service.

Lukka is not liable for any changes in assumptions and nor any updates to this report in the case of new facts or circumstances occurring after the date of the report.

Lukka has conducted this evaluation based on publicly available third-party sources, data and information. Lukka accepts no liability or responsibility for any such third-party information and shall have no responsibility to independently verify any third-party information or any assumptions contained therein.

Any decision taken by the recipients is to be made solely based on the recipients' sole judgment and at the recipients' sole risk. The liability of Lukka is hereby excluded to the fullest extent permitted by the applicable law.

In no event will Lukka or any of its affiliates and its and their officers, directors, managers, owners, advisors, employees and agents be liable to the recipients or to any other party for:

(i) any loss, damage or other injury, in whole or in part caused by, resulting from or relating to, any error (negligent or otherwise) in the report, or any other circumstance or contingency within or outside the control of Lukka, in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of the report or,

(ii) any indirect, special, punitive, incidental, exemplary, expectancy or consequential damages, including lost profits, lost revenues, loss of opportunity or business interruption, whether or not such damages are foreseeable.