3MP
info@3MP.io
202.753.6373



To Whom It May Concern:

In 2021, Jason Kahan ("Client") was the victim of identity theft which also resulted in losses from Bank of America accounts of companies with which Client was associated. A Bank of America representative recommended the hiring of a particular Antagonist ("Antagonist") to perform recovery tasks including strengthening Client's digital and network security.

The Antagonist utilized the name of "Alex Colvin" and he was hired by the Client following the recommendation to the Client to do so. From the Antagonist's own admission to the Client, the Antagonist used his access to Client's computer(s) to gain positive control over the Client's digital assets. The Antagonist also subsequently attested that a meaningful portion of the Client's assets are now represented by four specifically identified wallets containing 1810.14412878 Bitcoin, whose private keys were also stated to be under the Antagonist's positive control.

Antagonist has used the pseudonym "Alex Colvin" when dealing with Client. Through investigation, we believe that "Alex" is a specific individual in Massachusetts. This investigation included multiple in-person interactions with the Antagonist and his family members, numerous virtual interactions with Alex, analysis of various social media accounts, collection from multiple open- and closed-source data platforms, and digital forensic analysis of other datapoints including payments from Client to several third-party mobile payment accounts. Furthermore, during an in-person interview with Antagonist's mother, she noted that "Alex's" demeanor and behavior is congruent with that of her son's.

We have received screenshots of the Antagonist's attestations to the possession of the keys in question, despite disclaimers on his part. The recent commentary from the Antagonist blames his alleged loss of the keys on a break-in, though this directly contradicts statements made by the Antagonist during the timeframe of the alleged burglary. Furthermore, inquiries to law enforcement contradicted Antagonist's report of a burglary at the address in question, i.e., the Antagonist's home.

Through forensic analysis of Antagonist's Bitcoin activity and the aforementioned wallets (attributed through the wallet addresses and keys he directly provided the Client as proof of access to more/other assets) the Antagonist has demonstrated that he is a cryptocurrency expert and has had control of the Bitcoin. He also represented to the Client's private investigators that he has control.

We are confident in our approach to recover the Bitcoin given the known identity of the Antagonist, his expertise in the space, additional pressure from family and co-conspirators known and unknown, as well as the threat of civil litigation.

We are available to engage on the transaction should it be necessary.

Here signed,

DocuSigned by:
_Kirk McKeown_ _____    6/12/2024
6913CEAD735D4B2...
Kirk McKeown (Forensic Advisor)                 (Date)

DocuSigned by:
_Sean Weppner_ _____    6/12/2024
90335B2C1A89496...
Sean Weppner (Managing Partner)                 (Date)

1