UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor | Chapter 7<br>Case No. 24-11592-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#65 Motion filed by Trustee Donald Lassman for 2004 Examination of BAM Trading Services, Inc., dba Binance.US and Coinbase Global, Inc. dba Coinbase

**Decision set forth more fully as follows:**
Hearing held on December 16, 2024. For the reasons set forth on the record, the Motion is granted as follows:

1. The Trustee is authorized to conduct a Rule 2004 examination of BAM Trading Services, Inc., dba Binance.US ("BAM") and Coinbase Global, Inc. dba Coinbase ("Coinbase") on not less than 14 days' notice of the date, time and place of such examination. If attendance cannot be obtained voluntarily, the Trustee may compel attendance as provided in Bankruptcy Rule 2004(c) and Bankruptcy Rule 9016.

2. The Trustee may compel the production of documents described in the Motion as provided in Bankruptcy Rule 2004(c) and Bankruptcy Rule 9016 on not less than 14 days' notice of the date, time and place of such production.

3. This Order is without prejudice to the rights of BAM and Coinbase under Federal Rule 45, made applicable by Bankruptcy Rule 9016, with respect to any subpoena, including the right to

serve a written objection to the production of documents or to file a motion to quash or modify a subpoena.

Dated: December 16, 2024

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge