UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: Jason M Kahan<br>Debtor | | Ch. 7<br>24-11592-JEB |

**Order**

**MATTER:**
#79 Motion for Declaratory Determination Regarding The Respective Rights Of the Debtor and His Trustee Where the Debtors Creditors Claims are Fewer Than Three Percent of The Debtors Total Estate filed by Debtor Jason M Kahan to Clarify

Withdrawn. The January 7, 2025, hearing is cancelled.

Dated: 01/06/2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge