

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

JASON M KAHAN,

        Debtor

Chapter 7
Case No. 24-11592-JEB

**Proceeding Memorandum and Order**

**MATTER:**
#187 Motion filed by Trustee Donald Lassman to Compel Hunter Penn's Attendance at Rule 2004 Examination and Production of Documents.

**Decision set forth more fully as follows:**
Hearing held on August 26, 2025. For the reasons set forth on the record, the Motion is granted as follows:

1.    Mr. Penn shall by **September 18, 2025,** deliver any documents requested in the subpoena dated March 5, 2025 ("Penn Subpoena"), as modified by the Order Modifying Subpoena dated March 5, 2025 ("Subpoena Order"). The documents shall be delivered to the address set forth in the Penn Subpoena. Mr. Penn shall also provide the Trustee with a signed written response identifying each request where he alleges that he has no documents.

2.    The Rule 2004 Examination shall take place on **October 2, 2025**, commencing at 10:00 a.m. at the offices of Schatz, Scwartz and Fentin, 144 Main Street, Suite 1100, Springfield, MA 01103 as identified in the Penn Subpoena.

3.    Except as modified by this Order, the Penn Subpoena and the Subpoena Order remain in full force and effect.

Dated: August 27, 2025

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge