UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| JASON M KAHAN, | ) | Chapter 7 |
| | ) | Case No. 24-11592 JEB |
| Debtor. | ) | |
| | ) | |

### MOTION TO APPROVE STIPULATION OF DISMISSAL

William K. Harrington, the United States Trustee for Region 1 ("U.S. Trustee"), with the assent of the Debtor, through his attorney Barry Levine (the "Parties") respectfully moves the Court for approval of the Stipulation of Dismissal filed in the Adversary Proceeding Case, 24-01111 ("Stipulation of Dismissal" Doc. #53, attached as "Exhibit 1").

### RELEVANT BACKGROUND

1. The U.S. Trustee filed his Complaint initiating the adversary proceeding (Dkt. No. 102, "Complaint") on December 20, 2024 against the Debtor, Jason M Kahan ("Debtor" or "Defendant").

2. The Debtor filed his response to the Complaint (Dkt. No. 20, Case No. 24-01111, "Response") on February 27, 2025.

3. The U.S. Trustee and the Debtor, through counsel, have since engaged in discovery and a lengthy deposition.

4. The Parties seek to voluntarily dismiss the Complaint without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) made applicable to the adversary proceeding by Federal Rule of Bankruptcy Procedure 7041.

5. Such Stipulation of Dismissal filed in the adversary proceeding is attached.

1

## REQUESTED RELIEF

For these reasons, the U.S. Trustee respectfully requests that the Court enter an order: (1) approving the Stipulation of Dismissal, and (2) granting him all such other and further relief to which he may be entitled.

                                                   Respectfully submitted,

Dated: January 12, 2026                  William K. Harrington
                                                   United States Trustee, Region 1

                                                  By:    */s/ Sara Kathryn Jackson*
                                                             Sara Kathryn Jackson, NC Bar # 55280
                                                             Trial Attorney
                                                             Office of United States Trustee
                                                             5 Post Office Square, Suite 1000
                                                             Boston, MA 02109
                                                             (202) 841-8501
                                                             Email: sara.kathryn.jackson@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, true and correct copies of the foregoing notice of appearance were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database:

- **Alan L. Braunstein** abraunstein@riemerlaw.com, ahall@riemerlaw.com;ndailey@riemerlaw.com
- **Alan M. Cohen** acohen@collections-law.com
- **Kathleen R. Cruickshank** kcruickshank@murphyking.com, bankruptcy@murphyking.com;kflynn@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com
- **Mark G. DeGiacomo** mdegiacomo@harrisbeachmurtha.com, lmulvehill@harrisbeachmurtha.com
- **Zachary J. Gregoricus** zgregoricus@harrisbeachmurtha.com
- **Sara Kathryn Jackson** sara.kathryn.jackson@usdoj.gov
- **Jay P. Johnson** Jay.Johnson@Barsh-Cohen.com, Johnson.JayB147131@notify.bestcase.com
- **Richard King - B** USTPRegion01.BO.ECF@USDOJ.GOV
- **Donald Lassman** don@lassmanlaw.com, dlassman@ecf.axosfs.com
- **Barry R. Levine** barry@levineslaw.com, kathy@levineslaw.com;r39812@notify.bestcase.com
- **Robert F. Tenney** rtenney@cmlaw.net
- **Lawrence A. Wind** lawwind@dgslawllp.com

The Motion was also served by U.S. Mail, postage pre-paid, on the parties identified on the Debtor's mailing matrix, which is attached hereto as Exhibit 2.

                          William K. Harrington
                          United States Trustee, Region 1

By: */s/ Sara Kathryn Jackson*
Sara Kathryn Jackson, NC Bar # 55280
Trial Attorney
Office of United States Trustee
5 Post Office Square, Suite 1000
Boston, MA 02109
(202) 841-8501
Email: sara.kathryn.jackson@usdoj.gov

Dated: January 12, 2026