UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| In re: JASON M. KAHAN,<br>　　　　Debtor | Chapter 7<br>No. 24-11592 |

## MOTION TO WITHDRAW AS COUNSEL FOR THE CREDITORS, JACOB HAWORTH AND ELENA HAWORTH'S

Now comes Attorney Lawrence A. Wind and the Law Offices of Davagian Grillo and Semple LLP, as the counsel for the Creditors, Jacob Haworth and Elena Haworth, and hereby request this honorable Court to grant its WITHDRAWAL OF REPRESENTATION of said Creditors.

In support thereof, the Creditors have requested counsel's withdrawal, have already filed pro se appearances, and, based on the current posture of the proceedings, there will be no prejudice to the Creditors upon counsel's immediate withdrawal.

Respectfully submitted by,
Creditors,
JACOB HAWORTH, and
ELENA HAWORTH
By its Attorneys,


/s/ Lawrence A. Wind_____
Date: January 28, 2026    Lawrence A. Wind, Esq. BBO #675704
Davagian Grillo & Semple LLP
80 Hayden Avenue, Suite 110
Lexington, MA 02421
(978) 443-3773 (office)
(978) 443-7773 (facsimile)
LawWind@dgslawllp.com

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that the foregoing document was served on all parties electronically via the Massachusetts Bankruptcy Court's ECF system as well as direct email service on the Creditors, Jacob Haworth and Elena Haworth, on this date: January 28, 2026.

/s/ Lawrence A. Wind_____
Lawrence A. Wind, Esq.