UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 24-11592-JEB |

**CHAPTER 7 TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR DECLARATORY DETERMINATION REGARDING THE OWNERSHIP OF THE DEBTOR'S BITCOIN**

Donald Lassman (the "Trustee"), the duly appointed Chapter 7 Trustee of the bankruptcy estate of Jason M. Kahan (the "Debtor"), hereby registers his Objection to Debtor's Motion for Declaratory Determination Regarding the Ownership of the Debtor's Bitcoin (the "Motion for Determination") [Doc. No. 208].

In support of this Objection, the Trustee respectfully states as follows:

1. On January 22, 2026, the Debtor filed his Motion for Determination.

2. Putting aside the fact that any request for a declaration concerning the ownership of an asset is properly brought only by the filing of an adversary complaint, it is unclear as to what exactly the Debtor is seeking the Motion to determine. It appears that the Debtor is requesting that this Court enter an Order declaring that the Bitcoin scheduled by the Debtor in his Bankruptcy Petition is his property.

3. The Debtor states that, on the petition date, he owned all the rights to 1,800 Bitcoin (the "Bitcoin"). While presumably the Debtor understands that, under Section 541 of the Bankruptcy Code, all the assets belonging to the Debtor on the Petition Date (with very limited exceptions) become property of the bankruptcy estate, the Debtor seems to be asserting that he

owns the Bitcoin because the total amount due to the creditors in this estate is less than the value of the Bitcoin.

4. The Debtor contends that he needs the Court to rule that he is the owner of the Bitcoin so that he can pursue a deal with one of three parties who he asserts are prepared to forward to the bankruptcy estate the amount of $10 million. A review of the three proposals to which the Debtor refers does not indicate that any of the three parties is willing to forward $10 million to the Trustee to pay all creditor claims.

5. The Trustee recently requested offers to purchase his rights to the Bitcoin. The Trustee received several offers and has selected a party to serve as a stocking horse in connection with a Section 363 sale of the Trustee's rights in the Bitcoin. The Trustee expects that he will be filing this Section 363 Motion later this month once an asset purchase agreement has been fully negotiated.

WHEREFORE, for the reasons stated above, the Trustee requests that this Court enter an Order denying the Motion to Determination.

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

DONALD LASSMAN, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF JASON KAHAN,

By his attorneys,

/s/ *Zachary J. Gregoricus*

Mark G. DeGiacomo, BBO #118170
Zachary J. Gregoricus, BBO #699578
Harris Beach Murtha Cullina PLLC
33 Arch Street, 12th Floor
Boston, MA 02110
617-457-4154 Telephone
617-482-3868 Facsimile
mdegiacomo@harrisbeachmurtha.com
zgregoricus@harrisbeachmurtha.com

Dated: February 6, 2026

**CERTIFICATE OF SERVICE**

I, Zachary J. Gregoricus, hereby certify that, on this 6th day of February, 2026, a copy of this document was filed through the ECF system which will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

*/s/ Zachary J. Gregoricus*

Zachary J. Gregoricus