UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | : | |
| JASON M. KAHAN<br>Debtor | : | Chapter 7<br>Case No. 24-11592-JEB |

EMERGENCY MOTION TO CONTINUE SCHEDULING HEARING

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

Now respectfully represents Barry R. Levine, counsel to the Debtor in the above-captioned Chapter 7 proceeding (hereinafter "Counsel"), Debtor's Counsel in the above-Chapter 7 proceeding, who moves this Honorable Court for an order continuing the scheduling the hearings currently scheduled for Wednesday, March 3, 2026 at 10:30 a.m.

Unfortunately, Counsel has just been advised that he needs to take his wife to her oncologist's appointment at the time of the scheduled hearing and will not be able to attend. As such, Counsel requests that the hearing be rescheduled to another time at the Court's convenience.

WHEREFORE, Barry R, Levine, Debtor's counsel, requests that the above relief be granted on an emergency basis and for such other relief that this Honorable Court deems appropriate and just.

Respectfully submitted
JSON M. KAHAN
By his attorney,

/s/ Barry R. Levine

Barry R. Levine (BBO No. 296500)
100 Cummings Center – Suite 327G
Beverly, MA 01915
978.922.8440 – phone
barry@levineslaw.com

Dated: March 3, 2026

CERTIFICATE OF SERVICE

I, Barry R. Levine, state that on March 3, 2026, I electronically filed the foregoing with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants and to those non-CM/ECF participants by first-class mail postage prepaid.

Richard King, Office of the United States Trustee
Donald Lassman, Chapter 7 Trustee
Robert F. Tenney, Enterprise Bank and Trust
Christine E. Devine for John Desmond
Vladimir von Timroth for A & M Management Group, LLC
Alan Braunstein for First Boston Association
Alan M. Cohen for Fidelis Residential
Kathleen Cruickshank, Harold Murphy, Chapter 7 Trustee
Mark DeGiacomo, Esquire
Zachary J. Gregoricus
Sarah Kathryn Jackson, Esquire
Jay P. Johnson, Esquire
Lawrence A. Wind, Esquire

/s/ Barry R. Levine
Barry R. Levine

Label Matrix for local noticing
0101-1
Case 24-11592
District of Massachusetts
Boston
Tue Oct 1 07:24:59 EDT 2024

A&M Management Group LLC
8 Courtyard Pl.
Lexington, MA 02420-1925

Enterprise Bank and Trust Company
c/o Cunningham Machanic
220 North Main Street, 3rd Floor
Natick, MA 01760-1100

Fidelis Residential Bridge Loan Venture V LP
c/o Law Offices of Alan M. Cohen & Assoc
209 West Central St.
Ste. 126
Natick, MA 01760-3798

Boston
U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

A& M Management Group, LLC
8 Courtyard Place
Lexington, MA 02420-1925

CSLF Servicing, LLC and Fidelis Resident
c/o Natasha Winter, Esquire
Dain, Torpy, Le Ray, Wiest & Gamer, P.C.
Boston, MA 02110

Carlo Cellai, Esquire
150 Grossman Drive - Suite 201
Braintree, MA 02184-4902

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Cunningham, Machanic, Cetlin, Johnson
Harney & Tenney, LLP
Lakewood Office Park 220 North Main Stre
Natick, MA 01760-1100

Enterprise Bank & Trus
222 Merrimack Street
Lowell, MA 01852-5994

Fidelis Residential Bridge Loan Venture V LP
c/o Alan M. Cohen, Esquire
209 West Central Street, Suite 126
Natick, MA 01760-3798

First Bank Associates
859 Willard Street One Adams Place #
Quincy, MA 02169

Gm Financial
801 Cherry St
Ste 3600
Fort Worth, TX 76102-6855

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

MA Department of Revenue
Bankruptcy Unit PO Box 7090
Boston, MA 02204-7090

Northeast Building Supply, LLC
91 Franklin Street
Hanson, MA 02341-1806

QL Boston, LLC
35 Dane Street - Unit 4
Somerville, MA 02143-3281

Timothy J. Perry, Esquire
Perry Krumsiek, LLP
One Boston Place - Suite 2600
Boston, MA 02108-4420

Barry R. Levine
100 Cummings Center
Suite 327G
Beverly, MA 01915-6123

Donald Lassman
Law Offices of Donald Lassman
P. O. Box 920385
Needham, MA 02492-0005

Jason M Kahan
23 Sagamore Lane
Boxford, MA 01921-2631

Richard King - B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109-3934

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

(d)Jpmcb Card
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

End of Label Matrix
Mailable recipients 23
Bypassed recipients 0
Total 23