UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                    )
                                          )
JASON M KAHAN,                            )         Chapter 7
Debtor                                    )         Case No. 24-11592-JEB
                                          )

**Status Report of Former Special Counsel**

This Status Report is submitted as a supplement to the Status Report I, Kenneth T. Cuccinelli, II, previously submitted pursuant to this Court's order of April 7, 2026 [Doc. 248].

Following the hearing today in this case, and following consultation with the Debtor, I file this updated Status Report to inform the Court that I have resigned from service to the Debtor in this matter – that having been done with notice to and agreement of the Debtor.

I am aware of no other change(s) to the Debtor's representation at this time.

Respectfully submitted,

_____
Kenneth T. Cuccinelli, II, Esquire
Virginia State Bar No. 39,490
Kenneth T. Cuccinelli, II,
Attorney at Law, PLLC
10007 N. Harris Farm Road
Spotsylvania, VA 22553
KTCLaw@proton.me

<u>Certification</u>

On this day, May 5, 2026, I have emailed this document for filing to

prose_filings@mab.uscourts.gov, as well as emailing a copy to Courtroom deputy Lisa Belanger

at lisa_belanger@mab.uscourts.gov for presentation to Judge Bostick. Additionally, I have

provided a copy via email this day to counsel for Trustee Donald Lassman, Mark DeGiacomo, at

mdegiacomo@murthalaw.com; and counsel for Debtor Jason Kahan, Barry Levine, at

barry@levineslaw.com.

_____

Kenneth T. Cuccinelli, II, Esquire