**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>             Debtor. | Chapter 7<br><br>Case No. 24-11592-JEB |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appears as counsel on behalf of Ironwood Recovery Holdings LLC ("Ironwood") and files this *Notice of Appearance and Request for Service* (the "Notice") and requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

Darren Azman
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5615
Facsimile: (212) 547-5444
Email: dazman@mcdermottlaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, (ii) all notices of hearings and entry of orders, (iii) every order signed in this case, and (iv) every pleading or report filed in this case, including, without limitation, schedules, statements of financial affairs, motions, applications, complaints, demands, requests, petitions, answering or reply papers, and memorandum briefs in support of any of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any prior or later appearance shall be deemed or construed to be a waiver of any substantive or procedural rights of

Ironwood, including, without limitation: (i) the right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related to this case, (ii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iii) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Ironwood is or may be entitled, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until Ironwood expressly states otherwise, Ironwood does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 26, 2026
Dallas, Texas

**MCDERMOTT WILL & SCHULTE LLP**

 */s/ Darren Azman*
Darren Azman (MA BBO# 678530)
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5615
E-mail:  dazman@mcdermottlaw.com

*Counsel to Ironwood Recovery Holdings LLC*

3

## CERTIFICATE OF SERVICE

I certify that on June 26, 2026, a true and correct copy of the foregoing Notice of Appearance was served by this court's CM/ECF to all parties that are registered to receive such notice in the above case.

/s/ Darren Azman
Darren Azman