**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11592-JEB |

**NOTICE OF AMOUNT OF EXPENSE REIMBURSEMENT**

**PLEASE TAKE NOTICE THAT** PBTC Recovery Partners, LLC ("PBTC" or the "Stalking Horse Bidder") hereby files this Notice of Amount of Expense Reimbursement (the "Notice") pursuant to paragraph 10(b) of the *Order (A) Approving Procedures Governing Trustee's Proposed Sale of Certain of the Debtor's Assets Pursuant to Section 363 of the Bankruptcy Code, Free and Clear of Liens, Claims, Encumbrances and Other Interests, (B) Approving Form and Manner of Notice of Sale, and (C) Granting Related Relief* [Dkt. No. 274] (the "Sale Procedures Order").[1]

**PLEASE TAKE FURTHER NOTICE THAT** the Sale Procedures Order approved certain protections for Pioneer Funding Group, LLC ("Pioneer") as the original stalking horse bidder, including an expense reimbursement for Pioneer's reasonable actual fees and expenses in an amount not to exceed $50,000.00 (the "Expense Reimbursement"), subject to the terms of the Sale Procedures Order.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to that certain Assignment and Assumption Agreement (the "Assignment Agreement"), Pioneer assigned to PBTC all of Pioneer's right, title, interest, and obligations as Buyer under the Asset Purchase Agreement, dated May 6, 2026 (the "APA"), including but not limited to all rights to expense reimbursement,

[1] [1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Sale Procedures Order.

break-up fees, deposits, refunds, and proceeds under the APA. *See Notice of (I) Assignment of Buyer's Rights Under Asset Purchase Agreement to PBTC Recovery Partners, LLC, and (II) Qualified Bidder Statement of PBTC Recovery Partners, LLC* [Docket No. 284].

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to paragraph 10(b) of the Sale Procedures Order, the Stalking Horse Bidder hereby provides notice that the Stalking Horse Bidder (i.e. Pioneer and PBTC) has incurred a total of $96,771.95 in fees and expenses through June 26, 2026 in connection with the negotiation, documentation, due diligence, and related efforts concerning the proposed purchase of the Assets and its role as Stalking Horse Bidder. Pursuant to the Sale Procedures Order, the amount of the Expense Reimbursement sought by the Stalking Horse Bidder is $50,000.00.[2]

**PLEASE TAKE FURTHER NOTICE THAT** attached hereto as **Exhibit A** are the redacted invoices supporting the Expense Reimbursement. The Stalking Horse Bidder redacted the invoices on account of privileged, confidential, commercially sensitive, or work-product information.

**PLEASE TAKE FURTHER NOTICE THAT** the Stalking Horse Bidder has also provided the Trustee with the amount of its Expense Reimbursement in accordance with paragraph 10(b) of the Sale Procedures Order.

Dated: June 29, 2026

Respectfully submitted,

/s/*Richard C. Pedone*
Richard C. Pedone (BBO # 630716)
NIXON PEABODY LLP
Exchange Place

[2] As demonstrated by the invoices attached hereto as **Exhibit A**, the Stalking Horse Bidder's actual fees and expenses incurred in connection with the Stalking Horse Bidder's negotiation, documentation, due diligence, and related efforts concerning the proposed purchase of the Assets and its role as Stalking Horse Bidder exceeded $50,000. However, the Expense Reimbursement is capped at $50,000 pursuant to the Sale Procedures Order. Nothing herein shall be construed as a reduction, modification, or alteration of the actual amount of fees and expenses incurred by the Stalking Horse Bidder, as demonstrated by the attached invoices.

53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
Email: rpedone@nixonpeabody.com

*Counsel to PBTC Recovery Partners, LLC*

**CERTIFICATE OF SERVICE**

I, Richard C. Pedone, hereby certify that on June 29, 2026, I caused a copy of the *Notice of Amount of Expense Reimbursement* to be served:

i. by email to the Trustee (don@lassmanlaw.com) and counsel to the Trustee (zgregoricus@harrisbeachmurtha.com, mdegiacomo@harrisbeachmurtha.com); and

ii. on all parties requesting service via the Court's Electronic Case Filing system.

Respectfully submitted,

/s/ *Richard C. Pedone*

# EXHIBIT A

NIXON PEABODY

FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Exchange Place
53 State Street
Boston, MA 02109-2835
TEL: (617) 345-1000
FAX: (617) 345-1300

Adam D. Stein-Sapir
Pioneer Funding Group, LLC
P.O. Box 230411
New York, NY 10023

April 28, 2026
Invoice No. 10769238
Account: 054268
O'Shaughnessy, Gregory M.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through April 15, 2026, including:**

**MATTER NO. 000008 ASSET PURCHASE OUT OF BANKRUPTCY**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 02/25/26 | C. Fong | 0.80 | [redacted] |
| 02/25/26 | R. Pedone | 0.70 | [redacted] |
| 02/26/26 | C. Fong | 3.70 | [redacted]. |
| 02/26/26 | R. Pedone | 0.70 | [redacted] |

| | | | |
|---|---|---|---|
| 02/26/26 | D. McMonagle | 3.50 | [redacted] |
| 02/27/26 | C. Fong | 0.80 | [redacted] |
| 03/02/26 | C. Fong | 0.80 | [redacted] |
| 03/02/26 | R. Pedone | 0.70 | [redacted] |
| 03/03/26 | C. Fong | 1.70 | [redacted] |
| 03/03/26 | R. Pedone | 1.50 | [redacted] |
| 03/03/26 | P. Downs | 1.40 | [redacted] |
| 03/05/26 | C. Fong | 0.20 | [redacted] |
| 03/06/26 | C. Fong | 0.60 | [redacted] |

| | | | |
|---|---|---|---|
| 03/06/26 | P. Downs | 0.40 | [redacted] |
| 03/10/26 | C. Fong | 1.20 | [redacted] |
| 03/10/26 | C. Fong | 0.20 | [redacted] |
| 03/10/26 | R. Pedone | 0.70 | [redacted]. |
| 03/10/26 | D. McMonagle | 0.40 | [redacted] |
| 03/11/26 | C. Fong | 1.20 | [redacted]. |
| 03/11/26 | D. McMonagle | 1.80 | [redacted] |
| 03/12/26 | C. Fong | 0.50 | [redacted] |
| 03/18/26 | C. Fong | 0.30 | [redacted] |
| 03/19/26 | C. Fong | 1.00 | [redacted] |
| 03/19/26 | R. Pedone | 0.60 | [redacted] |
| 03/20/26 | C. Fong | 0.80 | [redacted]. |
| 03/20/26 | P. Downs | 0.30 | [redacted] |
| 03/24/26 | C. Fong | 0.70 | [redacted] |
| 03/24/26 | R. Pedone | 0.80 | [redacted] |
| 03/25/26 | R. Pedone | 1.50 | [redacted]. |
| 03/25/26 | D. McMonagle | 0.20 | [redacted] |

| | | | |
|---|---|---|---|
| 03/26/26 | P. Downs | 0.10 | [redacted] |
| 03/27/26 | C. Fong | 0.20 | [redacted]. |
| 03/27/26 | P. Downs | 0.20 | [redacted] |
| 03/30/26 | C. Fong | 0.70 | [redacted] |
| 03/31/26 | C. Fong | 0.80 | [redacted] |
| 03/31/26 | R. Pedone | 0.90 | [redacted] |
| 03/31/26 | P. Downs | 0.20 | [redacted] |
| 04/06/26 | C. Fong | 0.60 | [redacted] |
| 04/06/26 | P. Downs | 0.20 | [redacted] |
| 04/08/26 | C. Fong | 0.40 | [redacted] |
| 04/09/26 | C. Fong | 1.10 | [redacted] |
| 04/09/26 | R. Pedone | 0.50 | [redacted] |

| | | | |
|---|---|---|---|
| 04/10/26 | C. Fong | 0.50 | [redacted] |
| 04/13/26 | C. Fong | 0.80 | [redacted] |
| 04/14/26 | C. Fong | 1.30 | [redacted] |
| 04/14/26 | D. McMonagle | 0.80 | [redacted] |
| 04/15/26 | C. Fong | 1.40 | [redacted] |
| 04/15/26 | D. McMonagle | 1.00 | [redacted] |
| | TOTAL HOURS: | 41.40 | |

TOTAL FEES: $46,896.00

**TOTAL FOR MATTER -- ASSET PURCHASE OUT OF BANKRUPTCY: $46,896.00**

| | | |
|---|---|---|
| Total Fees.......................................................................... | $ | 46,896.00 |
| 10% Courtesy Discount ............................................................ | $ | -4,689.60 |
| Total Fees After Discount.......................................................... | $ | 42,206.40 |
| **TOTAL FOR STATEMENT:** | | **$42,206.40** |

******Nixon Peabody LLP Remittance Information ******
**FEDERAL I.D. NO. 16-0764720**

| | |
|---|---|
| Client: 054268 | Pioneer Funding Group, LLC<br>P.O. Box 230411<br>New York, NY 10023 |
| Matter: | 000008 |
| Invoice Number: | 10769238 |
| Date of Invoice: | 04/28/26 |
| Terms: | Due Upon Receipt |
| Invoice Amount: | $ 42,206.40 |

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card. **To ensure prompt application of your payment, please reference the invoice number(s) with your payment by returning this page with your check, or by including the invoice number in the addenda information of your electronic funds transfer.** Questions may be directed to 617-345-1100 or to ClientPayments@nixonpeabody.com. Thank you.

**Check** - mail to:

**NIXON PEABODY LLP**
**PO BOX 28012**
**NEW YORK, NY 10087-8012**

Invoice(s) Paid: ______________________________

**Electronic Payment:**
(Wire/ACH)

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank<br>1 South Clinton Ave.<br>Rochester, NY 14604 |
| ABA Routing #: | 021000021 |
| Account Name: | Nixon Peabody LLP |
| Account #: | 938761475 |
| SWIFT Code: | CHASUS33 |
| Invoice(s) Paid: | *Please include in electronic payment's addenda information.* |
| Remittance email: | clientpayments@nixonpeabody.com |

**Credit Card**: www.nixonpeabody.com/payment
Phone: (617) 345-1100

NIXON PEABODY

FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Exchange Place
53 State Street
Boston, MA 02109-2835
TEL: (617) 345-1000
FAX: (617) 345-1300

Adam D. Stein-Sapir
Pioneer Funding Group, LLC
P.O. Box 230411
New York, NY 10023

May 31, 2026
Invoice No. 10779115
Account: 054268
O'Shaughnessy, Gregory M.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through April 30, 2026, including:**

**MATTER NO.: 000008 ASSET PURCHASE OUT OF BANKRUPTCY**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 04/17/26 | C. Fong | 3.10 | [redacted] |
| 04/17/26 | C. Fong | 2.30 | [redacted] |
| 04/17/26 | D. McMonagle | 1.00 | [redacted] |
| 04/20/26 | C. Fong | 0.80 | [redacted] |
| 04/20/26 | R. Pedone | 0.30 | [redacted] |
| 04/28/26 | C. Fong | 0.20 | [redacted] |
| 04/29/26 | C. Fong | 0.20 | [redacted] |

| | | | |
|---|---|---|---|
| 04/30/26 | C. Fong | 0.30 | [redacted] |
| | TOTAL HOURS: | 8.20 | |

TOTAL FEES: $9,124.50

**TOTAL FOR MATTER -- ASSET PURCHASE OUT OF BANKRUPTCY: $9,124.50**

**TOTAL FOR STATEMENT: $9,124.50**

******Nixon Peabody LLP Remittance Information ******
**FEDERAL I.D. NO. 16-0764720**

| | |
|---|---|
| Client: 054268 | Pioneer Funding Group, LLC<br>P.O. Box 230411<br>New York, NY 10023 |
| Matter: | 000008 |
| Invoice Number: | 10779115 |
| Date of Invoice: | 05/31/26 |
| Terms: | Due Upon Receipt |
| Invoice Amount: | $ 9,124.50 |

---

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card. **To ensure prompt application of your payment, please reference the invoice number(s) with your payment by returning this page with your check, or by including the invoice number in the addenda information of your electronic funds transfer.** Questions may be directed to 617-345-1100 or to ClientPayments@nixonpeabody.com. Thank you.

---

**Check** - mail to:

**NIXON PEABODY LLP**
**PO BOX 28012**
**NEW YORK, NY 10087-8012**

Invoice(s) Paid: ______________________________

---

**Electronic Payment:** (Wire/ACH)

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank<br>1 South Clinton Ave.<br>Rochester, NY 14604 |
| ABA Routing #: | 021000021 |
| Account Name: | Nixon Peabody LLP |
| Account #: | 938761475 |
| SWIFT Code: | CHASUS33 |
| Invoice(s) Paid: | *Please include in electronic payment's addenda information.* |
| Remittance email: | clientpayments@nixonpeabody.com |

---

**Credit Card**:

www.nixonpeabody.com/payment
Phone: (617) 345-1100

NIXON PEABODY

FEDERAL I.D. NO. 16-0764720

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Exchange Place
53 State Street
Boston, MA 02109-2835
TEL: (617) 345-1000
FAX: (617) 345-1300

Adam D. Stein-Sapir
Pioneer Funding Group, LLC
P.O. Box 230411
New York, NY 10023

June 23, 2026
Invoice No. 10784719
Account: 054268
O'Shaughnessy, Gregory M.
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2026, including:**

**MATTER NO.: 000008 ASSET PURCHASE OUT OF BANKRUPTCY**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 05/01/26 | C. Fong | 0.50 | [redacted] |
| 05/01/26 | R. Pedone | 0.30 | [redacted] |
| 05/03/26 | C. Fong | 0.90 | [redacted] |
| 05/04/26 | R. Pedone | 0.20 | [redacted] |
| 05/05/26 | C. Fong | 1.00 | [redacted] |
| 05/06/26 | C. Fong | 0.70 | [redacted] |

| | | | |
|---|---|---|---|
| 05/06/26 | D. Bohls | 0.00 | [redacted] |
| 05/07/26 | C. Fong | 0.30 | [redacted] |
| 05/08/26 | C. Fong | 0.30 | [redacted] |
| 05/08/26 | C. Fong | 0.70 | [redacted] |
| 05/11/26 | C. Fong | 0.50 | [redacted] |
| 05/12/26 | C. Fong | 0.10 | [redacted] |
| 05/12/26 | S. DuRie | 0.20 | [redacted] |
| 05/13/26 | C. Fong | 0.20 | [redacted] |
| 05/13/26 | S. DuRie | 0.20 | [redacted] |
| 05/14/26 | R. Pedone | 0.50 | [redacted] |
| 05/15/26 | C. Fong | 0.70 | [redacted] |
| 05/19/26 | C. Fong | 0.20 | [redacted] |
| 05/19/26 | D. McMonagle | 0.40 | [redacted] |
| 05/20/26 | C. Fong | 0.90 | [redacted] |
| 05/20/26 | C. Fong | 0.80 | [redacted] |
| 05/20/26 | R. Pedone | 1.00 | [redacted] |
| 05/21/26 | D. McMonagle | 1.00 | [redacted] |
| 05/22/26 | D. McMonagle | 1.30 | [redacted] |

| | | | |
|---|---|---|---|
| 05/26/26 | C. Fong | 0.50 | [redacted] |
| 05/26/26 | D. McMonagle | 1.80 | [redacted] |
| 05/27/26 | C. Fong | 0.00 | [redacted] |
| 05/27/26 | R. Pedone | 1.80 | [redacted] |
| 05/27/26 | D. McMonagle | 0.00 | [redacted] |
| 05/28/26 | R. Pedone | 1.00 | [redacted] |
| 05/28/26 | D. McMonagle | 1.00 | [redacted] |
| 05/29/26 | R. Pedone | 0.40 | [redacted] |

TOTAL HOURS: 19.40

TOTAL FEES: $21,087.00

**For Charges and Disbursements:**

| Description | Amount |
|---|---|
| Express Delivery Service | 195.05 |

TOTAL CHARGES AND DISBURSEMENTS: $ 195.05

**TOTAL FOR MATTER -- ASSET PURCHASE OUT OF BANKRUPTCY: $21,282.05**

| | | |
|---|---|---|
| Total Fees........................................................................... | $ | 21,087.00 |
| Total Charges and Disbursements ............................................ | $ | 195.05 |
| Total Time and Costs ........................................................ | $ | 21,282.05 |
| **TOTAL FOR STATEMENT:** | | **$21,282.05** |

******Nixon Peabody LLP Remittance Information ******
**FEDERAL I.D. NO. 16-0764720**

| | |
|---|---|
| Client: 054268 | Pioneer Funding Group, LLC<br>P.O. Box 230411<br>New York, NY 10023 |
| Matter: | 000008 |
| Invoice Number: | 10784719 |
| Date of Invoice: | 06/23/26 |
| Terms: | Due Upon Receipt |
| Invoice Amount: | $ 21,282.05 |

---

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card. **To ensure prompt application of your payment, please reference the invoice number(s) with your payment by returning this page with your check, or by including the invoice number in the addenda information of your electronic funds transfer.** Questions may be directed to 617-345-1100 or to ClientPayments@nixonpeabody.com. Thank you.

---

**Check** - mail to:

**NIXON PEABODY LLP**
**PO BOX 28012**
**NEW YORK, NY 10087-8012**

Invoice(s) Paid: ______________________________

---

**Electronic Payment:**
(Wire/ACH)

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank<br>1 South Clinton Ave.<br>Rochester, NY 14604 |
| ABA Routing #: | 021000021 |
| Account Name: | Nixon Peabody LLP |
| Account #: | 938761475 |
| SWIFT Code: | CHASUS33 |
| Invoice(s) Paid: | *Please include in electronic payment's addenda information.* |
| Remittance email: | clientpayments@nixonpeabody.com |

---

**Credit Card**:

www.nixonpeabody.com/payment
Phone: (617) 345-1100

FEDERAL I.D. NO. 16-0764720

NIXON PEABODY

NIXON PEABODY
ATTORNEYS AT LAW

NIXONPEABODY.COM
@NIXONPEABODYLLP

Exchange Place
53 State Street
Boston, MA 02109-2835
TEL: (617) 345-1000
FAX: (617) 345-1300

Adam D. Stein-Sapir
Pioneer Funding Group, LLC
P.O. Box 230411
New York, NY 10023

June 26, 2026
Invoice No. 10786183
Account: 054268
O'Shaughnessy, Gregory M.
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 26, 2026, including:**

---

**MATTER NO.: 000008** **ASSET PURCHASE OUT OF BANKRUPTCY**

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 05/26/26 | D. McMonagle | 0.80 | [redacted] |
| 06/01/26 | C. Fong | 0.10 | [redacted] |
| 06/03/26 | C. Fong | 0.50 | [redacted] |
| 06/03/26 | D. McMonagle | 0.20 | [redacted] |
| 06/04/26 | C. Fong | 0.30 | [redacted] |
| 06/04/26 | D. McMonagle | 0.20 | [redacted] |
| 06/05/26 | R. Pedone | 0.40 | [redacted] |
| 06/07/26 | C. Fong | 0.20 | [redacted] |

| | | | |
|---|---|---|---|
| 06/08/26 | C. Fong | 0.30 | [redacted] |
| 06/08/26 | S. Singh | 0.40 | [redacted] |
| 06/08/26 | S. Singh | 1.00 | [redacted] |
| 06/09/26 | C. Fong | 0.50 | [redacted] |
| 06/09/26 | R. Pedone | 0.30 | [redacted] |
| 06/10/26 | C. Fong | 0.50 | [redacted] |
| 06/10/26 | R. Pedone | 0.50 | [redacted] |
| 06/11/26 | C. Fong | 0.20 | [redacted] |
| 06/11/26 | C. Fong | 0.80 | [redacted] |
| 06/12/26 | C. Fong | 0.50 | [redacted] |
| 06/15/26 | C. Fong | 1.00 | [redacted] |
| 06/15/26 | C. Fong | 0.90 | [redacted] |
| 06/15/26 | S. Singh | 2.00 | [redacted] |
| 06/15/26 | D. McMonagle | 0.80 | [redacted] |
| 06/16/26 | C. Fong | 0.30 | [redacted] |
| 06/16/26 | R. Pedone | 0.60 | [redacted] |
| 06/17/26 | C. Fong | 0.60 | [redacted] |
| 06/17/26 | C. Fong | 0.10 | [redacted] |
| 06/17/26 | D. McMonagle | 3.00 | [redacted] |

| | | | |
|---|---|---|---|
| 06/18/26 | C. Fong | 0.30 | [redacted] |
| 06/18/26 | C. Fong | 0.30 | |
| 06/18/26 | C. Fong | 0.50 | |
| 06/18/26 | C. Fong | 0.20 | |
| 06/18/26 | C. Fong | 0.70 | |
| 06/18/26 | C. Fong | 0.20 | |
| 06/19/26 | C. Fong | 0.30 | |
| 06/19/26 | C. Fong | 0.20 | |
| 06/19/26 | C. Fong | 0.20 | |
| 06/23/26 | C. Fong | 0.50 | |
| 06/23/26 | C. Fong | 0.40 | |
| 06/23/26 | C. Fong | 0.10 | |
| 06/23/26 | C. Fong | 0.60 | |
| 06/24/26 | C. Fong | 0.90 | |
| 06/25/26 | M. Fernandez | 0.40 | |
| | TOTAL HOURS: | 22.80 | |

TOTAL FEES: $24,159.00

**TOTAL FOR MATTER -- ASSET PURCHASE OUT OF BANKRUPTCY: $24,159.00**

**TOTAL FOR STATEMENT: $24,159.00**

******Nixon Peabody LLP Remittance Information ******
**FEDERAL I.D. NO. 16-0764720**

| | |
|---|---|
| Client: 054268 | Pioneer Funding Group, LLC<br>P.O. Box 230411<br>New York, NY 10023 |
| Matter: | 000008 |
| Invoice Number: | 10786183 |
| Date of Invoice: | 06/26/26 |
| Terms: | Due Upon Receipt |
| Invoice Amount: | $ 24,159.00 |

Nixon Peabody LLP is pleased to offer three payment options: check, electronic funds transfer, and credit card. **To ensure prompt application of your payment, please reference the invoice number(s) with your payment by returning this page with your check, or by including the invoice number in the addenda information of your electronic funds transfer.** Questions may be directed to 617-345-1100 or to ClientPayments@nixonpeabody.com. Thank you.

**Check** - mail to:

**NIXON PEABODY LLP**
**PO BOX 28012**
**NEW YORK, NY 10087-8012**

Invoice(s) Paid: ______________________________

**Electronic Payment:** (Wire/ACH)

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank<br>1 South Clinton Ave.<br>Rochester, NY 14604 |
| ABA Routing #: | 021000021 |
| Account Name: | Nixon Peabody LLP |
| Account #: | 938761475 |
| SWIFT Code: | CHASUS33 |
| Invoice(s) Paid: | *Please include in electronic payment's addenda information.* |
| Remittance email: | clientpayments@nixonpeabody.com |

**Credit Card**:

www.nixonpeabody.com/payment
Phone: (617) 345-1100