June 30, 2026

To Whom it May Concern,

We, the Trustees of the 5 Wigglesworth Condominium Trust, and Mark Newberg and Alexis G. Malkin individually, respectfully submit this letter in support of Ironwood Recovery Holdings' bid for the rights to pursue certain cryptocurrency assets of the Estate of Jason Kahan.

We believe that Ironwood's bid as structured is both fairer to, and better for, all creditors in this proceeding than the stalking horse bid. It provides a pathway for the Estate to recover assets up to the full amount of Jason Kahan's debts.

Critically, it has the potential to make all creditors whole. This potential is lacking from the stalking horse bid.

Given that the Ironwood bid both provides more up-front cash than the stalking horse bid and provides a pathway for full compensation to all the Estate's creditors, we believe that it would be both preferable, and fairer to all, for the Court to accept the Ironwood bid.

While the affairs of the Kahan Estate have been protracted and painful, the Ironwood bid offers all creditors hope of full recovery from the economic harm of Mr. Kahan's actions.

For these reasons, we support the Ironwood bid, and hope that the Court will as well.

Thank you for your time and consideration.

Sincerely,

Mark Newberg and Alexis G. Malkin
Trustees
5 Wigglesworth Condominium Trust