

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JASON M KAHAN,<br><br>        Debtor | Chapter 7<br>Case No. 24-11592-JEB |

**Order**

**MATTER:**
#301 Emergency Motion filed by Debtor Jason M Kahan to Continue Hearing [Re: #260 Motion to Sell]

**DENIED.** The hearing will go forward as scheduled.

Dated: June 30, 2026

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge