PBTC

FILED IN OPEN COURT
7/1/26 AT 11:30AM
U.S. BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

DEPUTY CLERK

Bid          1,050,000.00

One Million Fifty Thousand

Provided PBTC has received a good faith finding PBTC will waive the requirement of a final order so long as no appeal has been filed and so long as no stay has been obtained.

All parties to agree to close as soon a possible afth enty of order.