

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

JASON M KAHAN,

        Debtor

Chapter 7
Case No. 24-11592-JEB

### Proceeding Memorandum and Order

**MATTER:**

#260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing

**Decision set forth more fully as follows:**

Hearing held on July 1, 2026. Counsel for Ironwood Recovery Holdings LLC ("Ironwood") failed to appear at the hearing.

For the reasons set forth on the record, the Court sustained the objections of the Trustee and of PBTC Recovery Partners, LLC, ("PBTC") to the designation of the bid of Ironwood as a qualified bid. The bid is stricken.

For the reasons set forth on the record, the Court overruled the objection of PBTC to the designation of the bid of Samara CR Holdings, LLC, ("Samara") as a qualified bid. The bid of Samara is determined to be a qualified bid. The Court expressly reserved and did not rule on whether Samara qualified as a good faith purchaser entitled to the protections of Section 363(m) of the Code.

At the hearing, the Court permitted further bidding to determine the highest and best bid through a round of sealed bids. After receiving the bids, the Trustee accepted, and the Court approved, the bid of Samara in the amount of $6,100,000 as the highest bid. The bid of PBTC, in the amount of $1,050,000 was designated as the backup bid if the high bidder defaults on their obligations to close the sale.

The Court continued the hearing to consider evidence on whether Samara and PBTC qualify as good faith purchasers entitled to the protections of Section 363(m) of the Code. The hearing is continued to **July 8, 2026, at 9:30 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

The Trustee shall by **July 6, 2026, at 12:00 p.m.** file a revised proposed sale order and email the revised order in Word format to jeb@mab.uscourts.gov.

The Trustee is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **July 6, 2026.** If the Trustee fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: July 2, 2026                              By the Court,

                                                 Janet E. Bostwick
                                                 United States Bankruptcy Judge

2