

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

JASON M. KAHAN,

        Debtor

Chapter 7
Case No. 24-11592-JEB

## Proceeding Memorandum and Order

**MATTER:**
#260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing

**Decision set forth more fully as follows:**
Hearing held on July, 8, 2026. For the reasons set forth on the record, the hearing is continued to **July 10, 2026, at 10:00 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

The hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Deputy Noe Calvo, at noe_calvo@mab.uscourts.gov no **later than 9:00 a.m. on July 10, 2026**. **Requests submitted after the deadline may not be accommodated and the Party should plan to attend in person in the Courtroom**. Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person hearings. Parties attending remotely must be in a quiet setting and must not be walking, driving, or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

Dated: July 9, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge