**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11592-JEB |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears in the above-captioned case for and on behalf of PBTC Recovery Partners, LLC ("PBTC"), for all purposes in connection with this case.  Pursuant to FED. R. BANKR. P. 9010 and MLBR 9010-1, the undersigned counsel hereby requests service of any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, and requests that the names and addresses of the undersigned counsel be added to all mailing matrices in this case. Service may be made and directed as follows:

> Emily J. Holt
> NIXON PEABODY LLP
> Exchange Place
> 53 State Street
> Boston, MA 02109
> Telephone: (617) 345-1000
> Email:  eholt@nixonpeabody.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and the Bankruptcy Code, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email, electronic filing or otherwise filed or made with regard to the above-captioned case and proceedings therein, and for the purposes of CM/ECF.

4925-6786-2973.1

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service is without prejudice to PBTC's rights, remedies, and claims against other entities or any objection that may be had to the subject-matter jurisdiction of the court and shall not be deemed or construed to submit PBTC to the jurisdiction of the Court. All rights, remedies, and claims are hereby expressly reserved, including without limitation, (i) PBTC's right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) PBTC's right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) PBTC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) PBTC's right to seek a change of venue, or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which PBTC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments PBTC expressly reserves.

Dated: July 13, 2026

Respectfully submitted,

/s/ *Emily J. Holt*
Emily J. Holt (BBO # 695991)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
Email: eholt@nixonpeabody.com

2

4925-6786-2973.1

## <u>CERTIFICATE OF SERVICE</u>

I, Emily J. Holt, hereby certify that on July 13, 2026, I served a copy of the Notice of Appearance and Request for Service in the above-captioned proceeding on all parties requesting service via the Court's Electronic Case Filing system.

Respectfully submitted,

/s/ *Emily J. Holt*

4925-6786-2973.1