**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | |
|---|---|
| **In re:** ) | |
| ) | **Chapter 7** |
| **JASON M. KAHAN,** ) | |
| ) | **Case No. 24-11592 (JEB)** |
| ) | |
| **Debtor.** ) | |
| ) | |

## MOTION FOR EMERGENCY HEARING

Samara CR Holdings, LLC ("Samara") and Jason M. Kahan (the "Debtor" together with

Samara, the "Movants"), respectfully move this for emergency determination of *Samara CR*

*Holdings, LLC and Debtor's Motion for Stay Pending Appeal* (the "Motion") [Doc. # 332],

pursuant to Fed. R. Bankr. P. 9013 and MLBR 9013-1(g). In support of this motion for

Emergency determination, the Movants state that the stay is necessary to avoid irreparable harm

as set forth in the Motion and that there is a high likelihood that the sale of Assets described in

the Trustee's Sale Motion will close upon entry of an order approving the sale. The Court has

waived the Rule 6004 fourteen day stay making the urgency of the stay even greater.

WHEREFORE, the Debtor requests that the Court enter an order granting the Motion on

an emergency basis and granting such other relief as is just and proper.

Respectfully submitted,

SAMARA CR HOLDINGS, LLC,
By its counsel,

*/s/ Jesse I. Redlener*
Jesse I. Redlener (BBO #646851)
July 13, 2026          ASCENDANT LAW GROUP LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
Phone: (978) 409-2038
jr@ascendantlawgroup.com
-and-

JASON M. KAHAN,
By his counsel,

*/s/ Jesse I. Redlener*
Jesse I. Redlener (BBO #646851)
ASCENDANT LAW GROUP LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
Phone: (978) 409-2038
jr@ascendantlawgroup.com

## CERTIFICATE OF SERVICE

I, Jesse I. Redlener, hereby certify that I caused the foregoing motion to be served upon all parties by ECF as set forth below.

*/s/ Jesse I. Redlener*
Jesse I. Redlener

**Service List:**

Darren Azman on behalf of Samara CR Holdings LLC
dazman@mcdermottlaw.com,
mco@mwe.com;nalindogan@mcdermottlaw.com;dnorthrop@mcdermottlaw.com

Alan L. Braunstein on behalf of Creditor First Boston Association LLC
abraunstein@riemerlaw.com, ahall@riemerlaw.com;ndailey@riemerlaw.com

Alan M. Cohen on behalf of Creditor Fidelis Residential Bridge Loan Venture V LP
acohen@collections-law.com

Kathleen R. Cruickshank on behalf of Interested Party Harold Murphy
kcruickshank@murphyking.com, bankruptcy@murphyking.com;kflynn@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com

Mark G. DeGiacomo on behalf of Trustee Donald Lassman
mdegiacomo@harrisbeachmurtha.com, lmulvehill@harrisbeachmurtha.com

Richard N. Gottlieb on behalf of Creditor Mark M. Newberg and Alexis G. Malkin, Individually
and as Trustees of the 5 Wigglesworth Condominium Trust
rnglaw@verizon.net, r39800@notify.bestcase.com

Zachary J. Gregoricus on behalf of Trustee Donald Lassman
zgregoricus@harrisbeachmurtha.com

Sara Kathryn Jackson on behalf of Assistant U.S. Trustee Richard King - B
sara.kathryn.jackson@usdoj.gov

Sara Kathryn Jackson on behalf of Plaintiff William K. Harrington
sara.kathryn.jackson@usdoj.gov

Jay P. Johnson on behalf of Creditor Commonwealth Real Estate Holdings, LLC
Jay.Johnson@Barsh-Cohen.com, Johnson.JayB147131@notify.bestcase.com

Richard King - B
USTPRegion01.BO.ECF@USDOJ.GOV

Donald Lassman
don@lassmanlaw.com, dlassman@ecf.axosfs.com

Barry R. Levine on behalf of Debtor Jason M Kahan
barry@levineslaw.com, kathy@levineslaw.com;r39812@notify.bestcase.com

Barry R. Levine on behalf of Defendant Jason M Kahan
barry@levineslaw.com, kathy@levineslaw.com;r39812@notify.bestcase.com

Jeremy Moskowitz on behalf of Creditor Commonwealth Real Estate Holdings, LLC
jmoskowitz@barsh-cohen.com

Morgan Nighan on behalf of Interested Party PBTC Recovery Partners, LLC
mnighan@nixonpeabody.com

Morgan Nighan on behalf of Interested Party Pioneer Funding Group LLC
mnighan@nixonpeabody.com

Richard C. Pedone on behalf of Interested Party PBTC Recovery Partners, LLC
rpedone@nixonpeabody.com,
bos.managing.clerk@nixonpeabody.com,rmcmullin@nixonpeabody.com

Richard C. Pedone on behalf of Interested Party Pioneer Funding Group LLC
rpedone@nixonpeabody.com,
bos.managing.clerk@nixonpeabody.com,rmcmullin@nixonpeabody.com

Robert F. Tenney on behalf of Creditor Enterprise Bank and Trust Company
rtenney@cmlaw.net