

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

JASON M. KAHAN,

      Debtor

Chapter 7
Case No. 24-11592-JEB

### Order

**MATTER:**
#346 Emergency Motion filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC to Stay Pending Appeal Re: [260] Motion to Sell Emergency Determination Requested

For the reasons in the Court's Order dated July 17, 2026 at Docket #344, the Motion is denied.

Dated: July 17, 2026

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge