**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| **JASON M. KAHAN,** | ) | |
| | ) | **Case No. 24-11592 (JEB)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**

Appellants hereby submit their Statement of Issues on appeal and designate the items from

the Bankruptcy Court docket as set forth below for inclusion in the record on appeal pursuant to

Fed. R. Bankr. P. 8009.

Appellants submit their Statement of Issues on appeal as follows:

**STATEMENT OF ISSUES**

1) Whether the Bankruptcy Court abused its discretion and violated due process by

reconsidering its order dated July 2, 2026, expanding an evidentiary hearing limited to

the "good faith" status of Samara and PBTC into an evidentiary hearing on the Trustee's

business judgment and qualification of Samara's bids without meaningful notice,

depriving Samara of a fair opportunity to present evidence supporting the Trustee's

selection of Samara as the highest and best offer, its ability to consummate the sale and

its validity as a qualified bidder.

2) Whether the Bankruptcy Court committed clear and reversible error in finding that PBTC

Recovery Partners, LLC was a "good-faith purchaser" entitled to statutory protections

under 11 U.S.C. § 363(m) and whether those findings are contradicted by sworn

testimony and an evidentiary record regarding revealing undisclosed interested parties.

3) Whether the Bankruptcy Court committed legal error in overruling the Debtor's objection to the Sale Motion based upon the Stalking Horse Bidder/PBTC's conflict of interest and use of insider information obtained from the Debtor by Howard Jahre.

4) Whether the Bankruptcy Court abused its discretion and committed clear and reversible error in reconsidering and vacating its July 2, 2026 order upon oral motion and without due process.

**DESIGNATION OF RECORDS**

A summary of the most pertinent records is set forth below and the full list of records requested is set forth on **Exhibit A** attached hereto and incorporated herein:

1. **Sale Procedures and Motions:**

   a) Chapter 7 Trustee's Motion for Order Approving Sale Procedures [Bankr. Dkt. No. 260].

   b) Order (A) Approving Procedures Governing Trustee's Proposed Sale... (B) Approving Form and Manner of Notice, and (C) Granting Related Relief (Sale Procedures Order) entered June 3, 2026 [Bankr. Dkt. No. 274].

   c) Notice of Proposed Sale of Certain Assets [Bankr. Dkt. No. 275].

   d) Notice of Assignment of Buyer's Rights Under Asset Purchase Agreement to PBTC Recovery Partners, LLC and Qualified Bidder Statement of PBTC Recovery Partners, LLC [Bankr. Dkt. No. 284].

2. **Competing Bids and Objections:**

   a) Debtor's Objection to Sale Motion [Bankr. Dkt. No. 291].

   b) Ironwood Recovery Holdings, LLC Notice of Submission of Bid [Bankr. Dkt. No. 289].

   c) Samara CR Holdings, LLC Notice of Bid and Qualified Bidder Statement [Bankr. Dkt. No. 290].

   d) PBTC Recovery Partners, LLC Objections to Ironwood and Samara Bids [Bankr. Dkt. No. 297].

   e) Chapter 7 Trustee's Objection to Ironwood Bid [Bankr. Dkt. No. 298].

f) PBTC Recovery Partners, LLC Notice of Amount of Expense Reimbursement [Bankr. Dkt. No. 299].

3. **Transcripts of Proceedings:**

a) Complete Transcript of Hearing held on July 1, 2026 (Auction, Bids, and Initial Rulings). [Bankr. Dkt. No. 301]

b) Complete Transcript of Evidentiary Hearing held on July 8, 2026. [Bankr. Dkt. No. 323]

c) Complete Transcript of Hearing held on July 10, 2026. [Bankr. Dkt. No. 330]

4. **Orders and Notices of Appeal:**

a) Proceeding Memorandum and Order entered July 2, 2026 [Bankr. Dkt. No. 308].

b) Proceeding Memorandum and Order entered July 10, 2026 [Bankr. Dkt. No. 326].

c) Order dated 7/17/2026 (I) Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claim, Encumbrances and Other Interests, and (II) Granting Related Relief Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing [Bankr. Dkt. No. 343].

d) Notice of Appeal filed July 13, 2026 [Bankr. Dkt. No. 331].

5. **Exhibits Admitted During Sale Hearing and Subsequent Hearings:**

a) All evidentiary exhibits submitted by the parties during the July 1, July 8, and July 10, 2026 hearings.

[remainder of page intentionally left blank]

3

Respectfully submitted,

SAMARA CR HOLDINGS, LLC and
JASON M. KAHAN,
By their counsel,

*/s/ Jesse I. Redlener*
Jesse I. Redlener (BBO #646851)
Ascendant Law Group LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
Phone: (978) 409-2038
jr@ascendantlawgroup.com

Dated: July 27, 2026

4

**EXHIBIT A**

| | | |
|---|---|---|
| 05/08/2026 | 260 (111 pgs) | Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199 (Gregoricus, Zachary) (Entered: 05/08/2026) |
| 05/13/2026 | 262 (2 pgs) | Order Setting Hearing and Objection Deadline (Re: 260 Motion to Sell filed by Trustee Donald Lassman).THE COURT WILL HOLD A HEARING ON MAY 27, 2026, AT 2:30 P.M. ON THE TRUSTEES REQUEST FOR APPROVAL OF SALE PROCEDURES IN THE MOTION. THE HEARING WILL BE HELD IN PERSON IN COURTROOM 3, JOHN W. MCCORMACK POST OFFICE & COURT HOUSE, 5 POST OFFICE SQUARE, 12TH FLOOR, BOSTON, MA 02109. OBJECTIONS TO THE PROPOSED SALE PROCEDURES IN THE MOTION SHALL BE FILED BY MAY 26, 2026, AT 4:00 P.M. SINCE THE COURT IS ONLY CONSIDERING THE PROPOSED SALE PROCEDURES AT THIS TIME, OBJECTIONS TO THE PROPOSED SALE ARE NOT REQUIRED TO BE FILED AND ARE RESERVED. THE COURT WILL SET A SEPARATE DEADLINE FOR OBJECTIONS TO THE SALE AFTER ESTABLISHING THE SALE PROCEDURES. See Order for Full Text. (skeating, usbc) (Entered: 05/13/2026) |
| 05/20/2026 | 268 (2 pgs) | Supplemental Certificate of Service (Re: 260 Motion to Sell, 262 Order To Set Hearing) filed by Interested Party Pioneer Funding Group LLC (Pedone, Richard) (Entered: 05/20/2026) |
| 05/23/2026 | 269 (12 pgs) | Objection filed by Debtor Jason M Kahan to the Trustee's Proposed Sale Procedure Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing with a Certificate of Service (Levine, Barry) (Entered: 05/23/2026) |

| | | |
|---|---|---|
| 05/27/2026 | 270 (2 pgs) | Supplemental Certificate of Service (Re: 260 Motion to Sell, 262 Order To Set Hearing) filed by Trustee Donald Lassman (Gregoricus, Zachary) (Entered: 05/27/2026) |
| 05/27/2026 | 271 (1 pg) | Proceeding Memorandum and Order dated 5/27/2026 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. HEARING HELD ON MAY 27, 2026. THE COURT HELD A HEARING ON THE PROPOSED SALE PROCEDURES IN THE MOTION. FOR THE REASONS SET FORTH ON THE RECORD, THE COURT WILL ENTER A SEPARATE ORDER ON THE SALE PROCEDURES. THE TRUSTEE SHALL BY MAY 28, 2026, FILE A REVISED PROPOSED SALE PROCEDURE ORDER AND EMAIL THE PROPOSED ORDER IN WORD FORMAT TO JEB@MAB.USCOURTS.GOV. (skeating, usbc) (Entered: 05/27/2026) |
| 05/28/2026 | 272 (15 pgs) | Proposed Order (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Trustee Donald Lassman (Gregoricus, Zachary). (Entered: 05/28/2026) |
| 06/03/2026 | 274 (20 pgs) | Order dated 6/3/2026 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. See Order for Full Text. (skeating, usbc) (Entered: 06/03/2026) |
| 06/03/2026 | 275 (11 pgs) | Notice of Intent to Sell BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. Hearing scheduled for 7/1/2026 at 10:00 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, |

| | | |
|---|---|---|
| | | interests, title, and standing. Objections/Bids/Counteroffers due by 6/26/2026 at 04:00 PM. (lb) (Entered: 06/03/2026) |
| 06/04/2026 | 276 (6 pgs) | Certificate of Service (Re: 260 Motion to Sell, 274 Order on Motion To Sell, 275 Notice of Intent to Sell) filed by Trustee Donald Lassman (Gregoricus, Zachary) (Entered: 06/04/2026) |
| 06/23/2026 | 278 (2 pgs) | Certificate of Service (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Pioneer Funding Group LLC (Pedone, Richard) (Entered: 06/23/2026) |
| 06/24/2026 | 279 (18 pgs) | Expedited Motion Of Pioneer Funding Group LLC To Conduct Rule 2004 Examination Of Debtor Regarding Recent Movement Of Estate Bitcoin Subject To Sale Process filed by Interested Party Pioneer Funding Group LLC (Nighan, Morgan) (Entered: 06/24/2026) |
| 06/24/2026 | 280 (3 pgs) | Certificate of Service (Re: 279 Motion for 2004 Examination) filed by Interested Party Pioneer Funding Group LLC (Nighan, Morgan) (Entered: 06/24/2026) |
| 06/25/2026 | 281 (2 pgs) | Order dated 6/25/2026 Setting Hearing and Objection Deadline Re: 279 Expedited Motion of Pioneer Funding Group LLC To Conduct Rule 2004 Examination of Debtor Regarding Recent Movement of Estate Bitcoin Subject to Sale Process filed by Interested Party Pioneer Funding Group LLC. THE REQUEST FOR EXPEDITED DETERMINATION IS GRANTED AS FOLLOWS. BASED ON THE REPRESENTATIONS SET FORTH IN THE MOTION, THE COURT FINDS THAT CAUSE EXISTS TO SHORTEN THE NOTICE OF THE HEARING ON THE MOTION. THE COURT WILL HOLD A HEARING ON THE MOTION ON JUNE 29, 2026, AT 10:30 A.M. THE HEARING WILL BE HELD IN PERSON IN THE JOHN W. MCCORMACK POST OFFICE AND COURTHOUSE, 5 POST OFFICE SQUARE, 12TH FLOOR, COURTROOM #3, BOSTON, MA 02109.OBJECTIONS TO THE MOTION MAY BE RAISED AT THE HEARING. See Order for Full Text. (skeating, usbc) (Entered: 06/25/2026) |

| | | |
|---|---|---|
| 06/25/2026 | | Hearing for 6/29/2026 at 10:30 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109. (Re: 279 Expedited Motion for 2004 Examination filed by Interested Party Pioneer Funding Group LLC) (skeating, usbc) (Entered: 06/25/2026) |
| 06/25/2026 | 282 (2 pgs) | Certificate of Service (Re: 279 Expedited Motion filed by Interested Party Pioneer Funding Group LLC for 2004 Examination of Jason M. Kahan.) filed by Interested Party Pioneer Funding Group LLC (Nighan, Morgan). (Entered: 06/25/2026) |
| 06/26/2026 | 284 (9 pgs) | Notice Of (I) Assignment Of Buyers Rights Under Asset Purchase Agreement To PBTC Recovery Partners, LLC And (II) Qualified Bidder Statement Of PBTC Recovery Partners, LLC filed by Interested Party PBTC Recovery Partners, LLC (Nighan, Morgan) (Entered: 06/26/2026) |
| 06/26/2026 | 285 (13 pgs) | Emergency Motion For Substitution Of PBTC Recovery Partners, LLC As Movant In The Expedited Motion Of Pioneer Funding Group LLC To Conduct 2004 Examination Of Debtor Regarding Recent Movement Of Estate Bitcoin Subject To Sale Process filed by Interested Party PBTC Recovery Partners, LLC with certificate of service (Nighan, Morgan) (Entered: 06/26/2026) |
| 06/26/2026 | 286 (2 pgs) | Order dated 06/26/2026 Setting Hearing and Objection Deadline (Re: 285 Emergency Motion to Substitute Party filed by Interested Party PBTC Recovery Partners, LLC). THE REQUEST FOR EXPEDITED DETERMINATION IS GRANTED AS FOLLOWS. BASED ON THE REPRESENTATIONS SET FORTH IN THE MOTION, THE COURT FINDS THAT CAUSE EXISTS TO SHORTEN THE NOTICE OF THE HEARING ON THE MOTION. THE COURT WILL HOLD A HEARING ON THE MOTION ON JUNE 29, 2026, AT 10:30 A.M. THE HEARING WILL BE HELD IN PERSON IN THE JOHN W. MCCORMACK POST OFFICE AND COURTHOUSE, 5 POST OFFICE SQUARE, 12TH FLOOR, COURTROOM #3, BOSTON, MA 02109.OBJECTIONS TO THE MOTION MAY BE RAISED AT THE HEARING. See Order for Full Text. (skeating, usbc) (Entered: 06/26/2026) |

8

| | | |
|---|---|---|
| 06/26/2026 | 287<br>(2 pgs) | Certificate of Service (Re: 285 Emergency Motion filed by Interested Party PBTC Recovery Partners, LLC To Substitute Party) filed by Interested Party PBTC Recovery Partners, LLC (Nighan, Morgan). (Entered: 06/26/2026) |
| 06/26/2026 | 288<br>(4 pgs) | Notice of Appearance and Request for Notice by Darren Azman filed by Interested Party Ironwood Recovery Holdings LLC (Azman, Darren) (Entered: 06/26/2026) |
| 06/26/2026 | 289<br>(108 pgs;<br>2 docs) | Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A) (Azman, Darren) (Entered: 06/26/2026) |
| 06/26/2026 | 290<br>(23 pgs) | Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan (Redlener, Jesse). (Entered: 06/26/2026) |
| 06/26/2026 | 291<br>(7 pgs) | Objection with certificate of service filed by Debtor Jason M Kahan Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199 (Redlener, Jesse) (Entered: 06/26/2026) |
| 06/28/2026 | 293<br>(5 pgs) | Limited Objection *of Ironwood Recovery Holdings LLC to the Expedited Motion of Pioneer Funding Group LLC to Conduct Rule 2004 Examination of Debtor Regarding Recent Movement of Estate Bitcoin Subject to Sale Process* with certificate of service filed by Interested Party Ironwood Recovery Holdings LLC Re: 279 Expedited Motion filed by Interested Party Pioneer Funding Group LLC for 2004 Examination of Jason M. Kahan. (Azman, Darren) (Entered: 06/28/2026) |

| 06/29/2026 | 295 (1 pg) | Proceeding Memorandum and Order dated 6/29/2026 Re: 285 Emergency Motion For Substitution Of PBTC Recovery Partners, LLC As Movant In The Expedited Motion Of Pioneer Funding Group LLC To Conduct 2004 Examination Of Debtor Regarding Recent Movement Of Estate Bitcoin Subject To Sale Process filed by Interested Party PBTC Recovery Partners, LLC. HEARING HELD ON JUNE 29, 2026. FOR THE REASONS SET FORTH ON THE RECORD, THE MOTION IS GRANTED. (skeating, usbc) (Entered: 06/29/2026) |
|---|---|---|
| 06/29/2026 | 296 (1 pg) | Proceeding Memorandum and Order dated 6/29/2026 Re: 279 Expedited Motion Of Pioneer Funding Group LLC To Conduct Rule 2004 Examination Of Debtor Regarding Recent Movement Of Estate Bitcoin Subject To Sale Process filed by Interested Party Pioneer Funding Group LLC. HEARING HELD ON JUNE 29, 2026. FOR THE REASONS SET FORTH ON THE RECORD, THE MOTION IS DENIED THIS ORDER IS WITHOUT PREJUDICE TO A RENEWED MOTION AT A LATER DATE. (skeating, usbc) (Entered: 06/29/2026) |
| 06/29/2026 | 297 (27 pgs) | Objection *to Designation* with certificate of service filed by Interested Party PBTC Recovery Partners, LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan. (Pedone, Richard) (Entered: 06/29/2026) |
| 06/29/2026 | 298 (4 pgs) | Objection with certificate of service filed by Trustee Donald Lassman Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A) (Gregoricus, Zachary) (Entered: 06/29/2026) |

| | | |
|---|---|---|
| 06/29/2026 | 299<br>(21 pgs) | Notice *of Amount of Expense Reimbursement* with certificate of service (Re: 274 Order on Motion To Sell) filed by Interested Party PBTC Recovery Partners, LLC (Pedone, Richard) (Entered: 06/29/2026) |
| 06/29/2026 | 300 | An official transcript (RE: 279 Expedited Motion filed by Interested Party Pioneer Funding Group LLC for 2004 Examination of Jason M. Kahan., 285 Emergency Motion filed by Interested Party PBTC Recovery Partners, LLC To Substitute Party *Motion For Substitution of PBTC Recovery Partners, LLC as Movant in the Expedited Motion of Pioneer Funding Group LLC to Conduct 2004 Examination of Debtor) heard on 06/29/2026 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 7/20/2026 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 9/28/2026. (sl) (Entered: 06/29/2026)* |
| 06/30/2026 | 301<br>(7 pgs) | Emergency Motion filed by Debtor Jason M Kahan to Continue Hearing [Re: 260 Motion to Sell] with certificate of service. (Redlener, Jesse) (Entered: 06/30/2026) |
| 06/30/2026 | 302<br>(1 pg) | Supplemental Document: *Letter in Support of Ironwood Holdings Bid for Sale of Cryptocurrency Assets* (Re: 289 Notice) filed by Creditor Mark M. Newberg and Alexis G. Malkin, Individually and as Trustees of the 5 Wigglesworth Condominium Trust (Gottlieb, Richard) (Entered: 06/30/2026) |
| 06/30/2026 | 303<br>(1 pg) | Order dated 6/30/2026 Re: 301 Emergency Motion filed by Debtor Jason M Kahan to Continue Hearing 260 Motion to Sell DENIED. THE HEARING WILL GO FORWARD AS SCHEDULED. (skeating, usbc) (Entered: 06/30/2026) |
| 06/30/2026 | 304<br>(10 pgs) | Response *// Ironwood Recovery Holdings LLC's Response in Support of its Bid* with certificate of service filed by Interested Party Ironwood Recovery Holdings LLC Re: 289 Notice Of |

| | | |
|---|---|---|
| | | Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 297 Objection *to Designation* with certificate of service filed by Interested Party PBTC Recovery Partners, LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 298 Objection with certificate of service filed by Trustee Donald Lassman Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A) (Azman, Darren) (Entered: 06/30/2026) |
| 07/01/2026 | 305 (1 pg) | Bid/Counteroffer Entered in Open Court by Interested Party PBTC Recovery Partners, LLC (Re: 260 Motion to Sell) filed by Interested Party PBTC Recovery Partners, LLC (skeating, usbc) (Entered: 07/01/2026) |
| 07/01/2026 | 306 (1 pg) | Bid/Counteroffer In Open Court by Interested Party Samara CR Holdings (Re: 260 Motion to Sell) filed by Interested Party . Samara CR Holdings . (skeating, usbc) (Entered: 07/01/2026) |
| 07/01/2026 | 308 (3 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 296 Order on Motion for 2004 Examination) Notice Date 07/01/2026. (Admin.) (Entered: 07/02/2026) |
| 07/01/2026 | 310 (1 pg) | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90-day period.(mvr) (Entered: 07/02/2026) |

| | | |
|---|---|---|
| 07/01/2026 | | Hearing Held and Continued to 07/08/2026 at 09:30 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. (lb) (Entered: 07/02/2026) |
| 07/02/2026 | 309 | An official transcript (RE: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199, 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 291 Objection with certificate of service filed by Debtor Jason M Kahan Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199, 297 Objection *to Designation* with certificate of service filed by Interested Party PBTC Recovery Partners, LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 298 Objection with certificate of service filed by Trustee Donald Lassman Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 299 Notice *of Amount of Expense Reimbursement* with certificate of service (Re: 274 Order on Motion To Sell) filed by Interested Party PBTC Recovery Partners, |

| | | |
|---|---|---|
| | | LLC, 302 Supplemental Document: *Letter in Support of Ironwood Holdings Bid for Sale of Cryptocurrency Assets* (Re: 289 Notice) filed by Creditor Mark M. Newberg and Alexis G. Malkin, Individually and as Trustees of the 5 Wigglesworth Condominium Trust, 304 Response *// Ironwood Recovery Holdings LLC's Response in Support of its Bid* with certificate of service filed by Interested Party Ironwood Recovery Holdings LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 297 Objection *to Designation* with certificate of service filed by Interested Party PBTC Recovery Partners, LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 298 Objection with certificate of service filed by Trustee Donald Lassman Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A)) heard on 07/01/2026 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 7/23/2026 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 10/1/2026. (sl) (Entered: 07/02/2026) |
| 07/02/2026 | 311 (2 pgs) | Proceeding Memorandum and Order dated 7/2/2026 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. HEARING HELD ON JULY 1, 2026. COUNSEL FOR IRONWOOD RECOVERY HOLDINGS LLC |

| | | |
|---|---|---|
| | | (IRONWOOD) FAILED TO APPEAR AT THE HEARING. See Order for Full Text. (nc) (Entered: 07/02/2026) |
| 07/03/2026 | 313 (1 pg) | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90-day period. (ADI) (Entered: 07/03/2026) |
| 07/06/2026 | 315 (10 pgs) | Notice *of Filing of Revised Proposed Order* filed by Trustee Donald Lassman (Gregoricus, Zachary) (Entered: 07/06/2026) |
| 07/06/2026 | 316 (2 pgs) | Certificate of Service (Re: 260 Motion for Sale of Property) filed by Trustee Donald Lassman (Gregoricus, Zachary). (Entered: 07/06/2026) |
| 07/08/2026 | | Hearing Held and Continued to 07/10/2026 at 10:00 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. (nc) (Entered: 07/09/2026) |
| 07/09/2026 | 318 (1 pg) | Proceeding Memorandum and Order dated 7/9/2026 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. HEARING HELD ON JULY 8, 2026. FOR THE REASONS SET FORTH ON THE RECORD, THE HEARING IS CONTINUED TO JULY 10, 2026, AT 10:00 A.M. THE HEARING WILL BE HELD IN PERSON AT JOHN W. MCCORMACK POST OFFICE AND COURT HOUSE, 5 POST OFFICE SQUARE, 12TH FLOOR, COURTROOM #3, BOSTON, MA. See Order for Full Text. (skeating, usbc) (Entered: 07/09/2026) |

| | | |
|---|---|---|
| 07/09/2026 | 319 (2 pgs) | Notice of Withdrawal of Appearance filed by Darren Azman Counsel for Interested Party Ironwood Recovery Holdings LLC. (Azman, Darren) Modified on 7/10/2026 (sl). (Entered: 07/09/2026) |
| 07/09/2026 | 320 (4 pgs) | Notice of Appearance and Request for Notice by Darren Azman filed by Interested Party Samara CR Holdings, LLC (Azman, Darren) (Entered: 07/09/2026) |
| 07/10/2026 | 321 (7 pgs) | Emergency Motion filed by Interested Party Samara CR Holdings, LLC to Schedule Status Conference (Re: 260 Motion to Sell) with certificate of service. (Azman, Darren) (Entered: 07/10/2026) |
| 07/10/2026 | 322 (22 pgs; 3 docs) | Supplemental Response in Support of Its Bid (Re: 290 Notice of Bid) with certificate of service filed by Interested Party Samara CR Holdings, LLC. (Attachments: # 1 Exhibit A - Soda Ventures Funding Commitment Letter # 2 Exhibit B - Bitcoin Wallet Statement) (Azman, Darren) Modified on 7/10/2026 (sl). (Entered: 07/10/2026) |
| 07/10/2026 | 323 | An official transcript (RE: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199, 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 291 Objection with certificate of service filed by Debtor Jason M Kahan Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199, 297 Objection *to Designation* with certificate of |

service filed by Interested Party PBTC Recovery Partners, LLC
Re: 289 Notice Of Submission Of Bid And Reservation Of
Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell)
filed by Interested Party Ironwood Recovery Holdings LLC
(Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate
of service (Re: 260 Motion filed by Trustee Donald Lassman for
Sale of Property free and clear of liens under Section 363(f) Re:
BTC Wallets, Estate Bitcoin, and associated legal and equitable
rights, interests, title, and standing) filed by Debtor Jason M
Kahan., 298 Objection with certificate of service filed by Trustee
Donald Lassman Re: 289 Notice Of Submission Of Bid And
Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on
Motion To Sell) filed by Interested Party Ironwood Recovery
Holdings LLC (Attachments: # 1 Exhibit A), 299 Notice *of
Amount of Expense Reimbursement* with certificate of service
(Re: 274 Order on Motion To Sell) filed by Interested Party
PBTC Recovery Partners, LLC, 302 Supplemental
Document: *Letter in Support of Ironwood Holdings Bid for Sale
of Cryptocurrency Assets* (Re: 289 Notice) filed by Creditor
Mark M. Newberg and Alexis G. Malkin, Individually and as
Trustees of the 5 Wigglesworth Condominium
Trust, 304 Response *// Ironwood Recovery Holdings LLC's
Response in Support of its Bid* with certificate of service filed by
Interested Party Ironwood Recovery Holdings LLC
Re: 289 Notice Of Submission Of Bid And Reservation Of
Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell)
filed by Interested Party Ironwood Recovery Holdings LLC
(Attachments: # 1 Exhibit A), 297 Objection *to Designation* with
certificate of service filed by Interested Party PBTC Recovery
Partners, LLC Re: 289 Notice Of Submission Of Bid And
Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on
Motion To Sell) filed by Interested Party Ironwood Recovery
Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid
with certificate of service (Re: 260 Motion filed by Trustee
Donald Lassman for Sale of Property free and clear of liens under
Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated
legal and equitable rights, interests, title, and standing) filed by
Debtor Jason M Kahan., 298 Objection with certificate of service
filed by Trustee Donald Lassman Re: 289 Notice Of Submission
Of Bid And Reservation Of Rights (Re: 260 Motion to
Sell, 274 Order on Motion To Sell) filed by Interested Party
Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A))

17

| | | |
|---|---|---|
| | | heard on 07/08/2026 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 7/31/2026 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 10/9/2026. (sl) (Entered: 07/10/2026) |
| 07/10/2026 | 324 (1 pg) | Order dated 7/10/2026 Re: 321 Emergency Motion filed by Interested Party Samara CR Holdings, LLC to Schedule StatusConference Re: 260 Motion to Sell. SINCE THE COURT HAS ALREADY SCHEDULED A CONTINUED HEARING ON THE MOTION TO SELL FOR JULY 10, 2026, THE MOTION TO SCHEDULE A STATUS CONFERENCE IS DENIED AS UNNECESSARY. SAMARA CR HOLDINGS LLC MAY RAISE ITS REQUEST FOR THE COURT TO CONSIDER THE RESPONSE AT THE HEARING. (sl) (Entered: 07/10/2026) |
| 07/10/2026 | 325 (48 pgs) | Proposed Order (Re: 260 Motion to Sell) filed by Interested Party PBTC Recovery Partners, LLC. (Pedone, Richard) Modified on 7/10/2026 (sl). (Entered: 07/10/2026) |
| 07/10/2026 | 326 (1 pg) | Proceeding Memorandum and Order dated 7/10/2026 Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. HEARING HELD ON JULY 10, 2026. FOR THE REASONS SET FORTH ON THE RECORD, THE COURT WILL ISSUE A SEPARATE ORDER ON THE MOTION. (sl) (Entered: 07/10/2026) |
| 07/10/2026 | 327 (1 pg) | Notice of Joint Extension of Outside Date and Final Order with Chapter 7 Trustee (Re: 260 Motion to Sell) filed by Interested Party PBTC Recovery Partners, LLC (Pedone, Richard) (Entered: 07/10/2026) |

| | | |
|---|---|---|
| 07/11/2026 | 329 (1 pg) | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90-day period. (ADI) (Entered: 07/13/2026) |
| 07/13/2026 | 330 | An official transcript (RE: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199, 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 291 Objection with certificate of service filed by Debtor Jason M Kahan Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing . Fee Amount $199, 297 Objection *to Designation* with certificate of service filed by Interested Party PBTC Recovery Partners, LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 298 Objection with certificate of service filed by Trustee Donald Lassman Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 299 Notice *of Amount of Expense Reimbursement* with certificate of service |

(Re: 274 Order on Motion To Sell) filed by Interested Party PBTC Recovery Partners, LLC, 302 Supplemental Document: *Letter in Support of Ironwood Holdings Bid for Sale of Cryptocurrency Assets* (Re: 289 Notice) filed by Creditor Mark M. Newberg and Alexis G. Malkin, Individually and as Trustees of the 5 Wigglesworth Condominium Trust, 304 Response *// Ironwood Recovery Holdings LLC's Response in Support of its Bid* with certificate of service filed by Interested Party Ironwood Recovery Holdings LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 297 Objection *to Designation* with certificate of service filed by Interested Party PBTC Recovery Partners, LLC Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 290 Notice of Bid with certificate of service (Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing) filed by Debtor Jason M Kahan., 298 Objection with certificate of service filed by Trustee Donald Lassman Re: 289 Notice Of Submission Of Bid And Reservation Of Rights (Re: 260 Motion to Sell, 274 Order on Motion To Sell) filed by Interested Party Ironwood Recovery Holdings LLC (Attachments: # 1 Exhibit A), 322 Supplemental Response in Support of Its Bid (Re: 290 Notice of Bid) with certificate of service filed by Interested Party Samara CR Holdings, LLC. (Attachments: # 1 Exhibit A - Soda Ventures Funding Commitment Letter # 2 Exhibit B - Bitcoin Wallet Statement) (Azman, Darren) Modified on 7/10/2026 (sl).) heard on 07/10/2026 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 8/3/2026 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 10/13/2026. (sl) (Entered: 07/13/2026)

| | | |
|---|---|---|
| 07/13/2026 | 331<br>(24 pgs;<br>3 docs) | Notice of Appeal and Statement of Election to District Court. Fee Amount $298 Filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC (RE: 318 Order on Motion To Sell, 326 Order on Motion To Sell). Appellant Designation due by 07/27/2026. Compiled Records Due by 08/10/2026. Transmission of Designation Due by 08/12/2026. (Attachments: # 1 July 8, 2026 Decision # 2 July 10, 2026 Decision)(Redlener, Jesse) (Entered: 07/13/2026) |
| 07/13/2026 | | Receipt of filing fee for Notice of Appeal and Statement of Election( 24-11592) [appeal,ntcaplel] ( 298.00). Receipt Number A21510690, amount $ 298.00 (re: Doc# 331) (U.S. Treasury) (Entered: 07/13/2026) |
| 07/13/2026 | 332<br>(16 pgs) | Emergency Motion filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC to Stay Pending Appeal (Re: 331 Notice of Appeal and Statement of Election) with certificate of service. (Redlener, Jesse) (Entered: 07/13/2026) |
| 07/13/2026 | 334<br>(5 pgs) | Motion filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC For Emergency Determination [Re: 332 Motion to Stay Pending Appeal] with certificate of service. (Redlener, Jesse) (Entered: 07/13/2026) |
| 07/14/2026 | 335<br>(1 pg) | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90-day period. (ADI) (Entered: 07/14/2026) |
| 07/15/2026 | 339<br>(1 pg) | Notice of Appeal to District Court Re: 331 Notice of Appeal and Statement of Election filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC. (sl) (Entered: 07/15/2026) |

| | | |
|---|---|---|
| 07/15/2026 | 340<br>(67 pgs;<br>2 docs) | Initial Transmittal to District Court Re: 331 Notice of Appeal and Statement of Election filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC. (sl) (Entered: 07/15/2026) |
| 07/15/2026 | | Notice of Docketing Record on Appeal to District Court Case Number: 26-13251 Re: 331 Notice of Appeal and Statement of Election filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC. (sl) (Entered: 07/15/2026) |
| 07/17/2026 | 343<br>(29 pgs) | Order dated 7/17/2026 (I) Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claim, Encumbrances and Other Interests, and (II) Granting Related Relief Re: 260 Motion filed by Trustee Donald Lassman for Sale of Property free and clear of liens under Section 363(f) Re: BTC Wallets, Estate Bitcoin, and associated legal and equitable rights, interests, title, and standing. See Order for Full Text. (sl) (Entered: 07/17/2026) |
| 07/17/2026 | 344<br>(4 pgs) | Order dated 7/17/2026 Re: 332 Emergency Motion filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC to Stay Pending Appeal Re: 331 Notice of Appeal and Statement of Election. DENIED. See Order for Full Text. (sl) (Entered: 07/17/2026) |
| 07/17/2026 | 345<br>(1 pg) | Order dated 7/17/2026 Re: 334 Motion filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC For Emergency Determination Re: 332 Motion to Stay Pending Appeal. GRANTED AS FOLLOWS. THE COURT HAS RULED ON THE MOTION BY SEPARATE ORDER. (sl) (Entered: 07/17/2026) |
| 07/17/2026 | 346<br>(20 pgs;<br>2 docs) | Motion filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC to Stay Order Pending Appeal (Emergency Determination Requested) (Re: 260 Motion to Sell) with certificate of service. (Attachments: # 1 Exhibit A) (Redlener, Jesse) Modified on 7/17/2026 (sl). (Entered: 07/17/2026) |

22

| 07/17/2026 | 347 (2 pgs) | Notice / *Notice of Closing of Sale* with certificate of service filed by Interested Party PBTC Recovery Partners, LLC (Holt, Emily) (Entered: 07/17/2026) |
|---|---|---|
| 07/17/2026 | 348 (1 pg) | Order dated 7/17/2026 Re: 346 Emergency Motion filed by Debtor Jason M Kahan, Interested Party Samara CR Holdings, LLC to Stay Order Pending Appeal Re: 260 Motion to Sell. FOR THE REASONS IN THE COURT'S ORDER DATED JULY 17, 2026 AT DOCKET #344, THE MOTION IS DENIED. (sl) (Entered: 07/17/2026) |