**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>                  Debtor. | Chapter 7<br><br>Case No. 24-11592-JEB |

**CERTIFICATE OF SERVICE**

I, Richard C. Pedone, hereby certify that on August 10, 2026, I caused copies of the Court's

*Order Setting Hearing and Objection Deadline* [Docket No. 360] (the "Order") to be served by

email upon the parties listed on the attached Service List.

Dated: August 10, 2026

               Respectfully submitted,

               /s/ *Richard C. Pedone*
               Morgan C. Nighan (BBO # 679546)
               Richard C. Pedone (BBO # 630716)
               NIXON PEABODY LLP
               Exchange Place
               53 State Street
               Boston, MA 02109
               Telephone: (617) 345-1000
               Email: mnighan@nixonpeabody.com
               Email: rpedone@nixonpeabody.com

               *Counsel to PBTC Recovery Partners, LLC*

**Service List**

| | |
|---|---|
| Donald Lassman, Chapter 7 Trustee<br>Law Offices of Donald Lassman<br>P. O. Box 920385<br>Needham, MA 02492<br>Email:  don@lassmanlaw.com<br>        zgregoricus@harrisbeachmurtha.com<br>        mdegiacomo@harrisbeachmurtha.com | Jesse I. Redlener, Counsel to the Debtor<br>Ascendant Law Group LLC<br>2 Dundee Park Drive, Suite 102<br>Andover, MA 01810<br>jredlener@ascendantlawgroup.com<br><br>Lee Harrington (BBO #643932)<br>2 Dundee Park Drive, Suite 102<br>Andover, MA 01810<br>(617) 840-2755<br>lh@ascendantlawgroup.com |
| Barry R. Levine, Counsel to the Debtor<br>Law Office of Barry R. Levine<br>100 Cummings Center, Suite 327G<br>Beverly, MA 01915<br>barry@levineslaw.com | Vladimir von Timroth, Esq., BBO #643553<br>VON TIMROTH P.A.<br>100 June Street<br>Worcester, MA 01602<br>Tel. 508-753-2006<br>Fax 774-221-9146<br>vontimroth@gmail.com |
| Alan M. Cohen, Esq.<br>LAW OFFICES OF ALAN M. COHEN<br>& ASSOCIATES LLC<br>209 West Central Street, Suite 126<br>Natick, MA 01760<br>(508) 620-6900<br>acohen@collections-law.com | Sara Kathryn Jackson<br>Office of the U.S. Trustee<br>5 Post Office Square<br>Ste 1000<br>Boston, MA 02109<br>sara.kathryn.jackson@usdoj.gov |
| Robert F. Tenney, Esq.<br>Cunningham, Machanic, Cetlin, Johnson, Harney<br>& Tenney LLP<br>220 North Main Street<br>Natick, MA 01760<br>rtenney@cmlaw.net | Jay P. Johnson<br>Barsh and Cohen, P.C.<br>500 Turnpike Street Suite 201<br>Canton, MA 02021<br>Jay.Johnson@Barsh-Cohen.com |
| Lawrence A. Wind, Esq. BBO #675704<br> Davagian Grillo & Semple LLP<br> 80 Hayden Avenue, Suite 110<br> Lexington, MA 02421<br> (978) 443-3773 (office)<br> (978) 443-7773 (facsimile)<br> LawWind@dgslawllp.com<br><br>Law Offices of Robert V. Whynott<br>500 Granite Avenue<br>Suite 6<br>Milton, MA 01931<br>617-322-1719<br>Fax: 978-231-0299<br>Email: rwhynottlaw@gmail.com | Hunter Penn<br>1153 Elm Street<br>Apartment 3L<br>West Springfield, MA 01089<br><br>42 South St.<br>Plymouth, CT 06782-2315<br>soobstorypen@gmail.com<br>paralaxpenn@gmail.com<br>Alexcolvin@protonmail.com<br>HunterKellyPenn@gmail.com<br>HunterKellyPenn16@gmail.com |

2