**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>      Debtor. | Chapter 7<br><br>Case No. 24-11592-JEB |

**MOTION FOR ADMISSION OF**
**CHRISTOPHER FONG *PRO HAC VICE***

Pursuant to Massachusetts Bankruptcy Local Rule 9010-1, PBTC Recovery Partners, LLC ("PBTC"), an interested party in the above-captioned chapter 7 case filed by Jason M. Kahan, by and through its undersigned counsel, hereby moves for the admission *pro hac vice* of Christopher Fong.  As grounds therefor, PBTC respectfully states:

1. Christopher Fong is an attorney and employed at Nixon Peabody LLP, located at 55 West 46th Street, New York, NY 10036, telephone number (212) 940-3000, e-mail address cfong@nixonpeabody.com.

2. Pursuant to Massachusetts Bankruptcy Local Rule 9010-1, attached hereto as Exhibit A is the Certification of Christopher Fong, establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

WHEREFORE, PBTC requests that this Court allow its Motion for Admission of Christopher Fong *pro hac vice* in this action.

Dated: August 10, 2026

NIXON PEABODY LLP

*/s/  Richard C. Pedone*
Richard C. Pedone (BBO # 630716)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
Email: rpedone@nixonpeabody.com

*Counsel to PBTC Recovery Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, I filed this document through the Court's ECF system, which will send an electronic copy to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/  Richard C. Pedone*

**<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

JASON M. KAHAN,

                    Debtor.

Chapter 7

Case No. 24-11592-JEB

**CERTIFICATION OF CHRISTOPHER FONG IN**
**SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Christopher Fong hereby declares as follows:

1.      I am an attorney of the firm Nixon Peabody LLP, located at 55 West 46th Street, 24th Floor, New York, NY 10036-4120, telephone number (212) 940-3000, e-mail address cfong@nixonpeabody.com, and counsel for PBTC Recovery Partners, LLC.  I submit this Certification pursuant to Massachusetts Local Bankruptcy Rule 9010-1(f).

2.      I am a member in good standing of the bar of each jurisdiction in which I am admitted to practice, which includes the following courts:

    a.   Bar of the State of New York;

    b.   United States District Court for the Southern District of New York; and

    c.   United States District Court for the Eastern District of New York.

3.      There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

4.      I am familiar with the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts.

5.      I have paid, or will pay contemporaneously with the filing of this motion, the applicable pro hac vice fee required by the Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed the 10th day of August, 2026.

> /s/ Christopher Fong
> Christopher Fong
> NIXON PEABODY LLP
> 55 West 46th Street
> New York, NY 10036
> Telephone: (212) 940-3000
> Facsimile: (855) 900-8613
> Email: cfong@nixonpeabody.com
>
> *Counsel to PBTC Recovery Partners, LLC*

2