

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:

JASON M. KAHAN,

      Debtor

Chapter 7
Case No. 24-11592-JEB

### Proceeding Memorandum and Order

**MATTER:**
#359 Expedited Motion filed by Interested Party PBTC Recovery Partners, LLC Pursuant to Bankruptcy Rule 2004 Seeking to Compel Debtor and Hunter Penn to Produce Hardware Related to Acquired Bitcoin Assets

**Decision set forth more fully as follows:**
Hearing held on August 12, 2026. For the reasons set forth on the record, the Motion is granted in part as provided in this Order.

The Debtor, Jason M. Kahan, and Hunter Penn shall preserve and shall not delete, destroy, modify, encrypt, wipe, transfer, conceal, overwrite, or otherwise alter any documents, electronically stored information, computer devices, hardware wallets, mobile devices, hard drives, external drives, USB drives, SD cards, memory storage devices, backup media, cloud-storage data, password-manager data, wallet files, private keys, seed phrases, transaction records, logs, communications, or other materials relating to the Bitcoin Assets (as defined in the *Order (I) Authorizing And Approving The Sale Of Certain Of The Debtor's Assets Free And Clear Of Liens, Claims, Encumbrances And Other Interests, And (II) Granting Related Relief* dated July 17, 2026).

The hearing on the further relief requested in the Motion is continued to **August 27, 2026, at 11:00 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

PBTC Recovery Partners, LLC, and the Debtor may each file a supplement to their respective pleading, provided that the supplement is filed no later than **August 26, 2026 at Noon**.

PBTC Recovery Partners, LLC is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **August 14, 2026.** If it fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

The hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Deputy Lisa Belanger, at lisa_belanger@mab.uscourts.gov no **later than 10:00 a.m. the business day before the hearing**. **Requests submitted after the deadline may not be accommodated and the Party should plan to attend in person in the Courtroom**. Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person hearings. Parties attending remotely must be in a quiet setting and must not be walking, driving, or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

Dated: August 12, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge