**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11592-JEB |

**APPELLEE PBTC RECOVERY PARTNERS, LLC'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL PURSUANT TO RULE 8009(a)(2)(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 8009(a)(2)(A) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), PBTC Recovery Partners, LLC ("PBTC") hereby files this *Designation Of Additional Items To Be Included In Record On Appeal* (the "Counterdesignation") in response to the *Statement of Issues and Designation of Record on Appeal* filed on July 27, 2026 [Docket No. 353] ("Appellants' Designation") by appellants Jason M. Kahan (the "Debtor") and Samara CR Holdings, LLC ("Samara", together with the Debtor, the "Appellants") in connection with their *Amended Notice of Appeal* filed on July 31, 2026 [Docket No. 354] (the "Notice of Appeal").

PBTC hereby designates the following additional items for inclusion in the record with respect to the Notice of Appeal:

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL[1]**

## I. Exhibits Admitted at Trial

The Appellants' Designation includes "All evidentiary exhibits submitted by the parties during the July 1, July 8, and July 10, 2026 hearings." Appellants' Designation, at 3. At the July

[1] PBTC reserves the right to amend this Counterdesignation. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

8, 2026 hearing before the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court"), five exhibits were submitted by counsel for PBTC and admitted into the record by the Bankruptcy Court (collectively, the "Trial Exhibits"). No other exhibits were introduced or admitted into the record at the July 1, July 8, and July 10, 2026 hearings. PBTC hereby designates the following list of Trial Exhibits:

| **Exhibits Admitted at July 8, 2026 Hearing[2]** | | |
|---|---|---|
| **Designation No.** | **Description in July 8, 2026 Hearing Transcript** | **Additional Description** |
| 1. | Letter of Intent, January 2026 | Case No. 24-11592, Dkt. No. 208, *Debtor's Motion for Declaratory Determination Regarding the Ownership of the Debtor's Bitcoin* |
| 2. | Proof of Funds | One-page letter dated June 26, 2026 from Kyle Biancardi |
| 3. | Citizens Bank Statement | May 2026 Bank Statement of NARG LLC |
| 4. | Samara's Increased Bid | Two-page letter dated June 30, 2026 from Soda Ventures |
| 5. | Soda Ventures Proposal | Case No. 24-11592, Dkt. No. 210, *Chapter 7 Trustee's Objection to Debtor's Motion for Declaratory Determination Regarding the Ownership of the Debtor's Bitcoin* |

## II. Additional Docket Entries

On pages 3 and 4 of *Order (I) Authorizing and Approving the Sale of Certain of the Debtor's Assets Free and Clear of Liens, Claims, Encumbrances and Other Interests, and (II) Granting Related Relief* [Case No. 24-11592, Docket No. 343] and during the hearings held on July 1, July 8, and July 10, 2026, the Bankruptcy Court took judicial notice of the record of the following cases:

a. *In re Jason M Kahan*, Case No. 24-11592 (Bankr. D. Mass.)

[2] The exhibits admitted at trial were not filed on the docket of the Bankruptcy Court. In accordance with Bankruptcy Rule 8009(a)(5), counsel for PBTC will provide copies of the exhibits to the Bankruptcy Clerk upon request, unless otherwise provided in the transmittal by the Bankruptcy Clerk.

b. *In re Jason Kahan*, Case No. 23-11830 (Bankr. D. Mass.),

c. *Harrington v. Kahan*, Adv. Proc. No. 24-01111 (Bankr. D. Mass.)

d. *In re Olga Bassa*, Case No. 24-10404 (Bankr. D. Mass.)

PBTC hereby designates the items listed below for inclusion in the record with respect to the Notice of Appeal.

**A. *In re Jason M Kahan*, Case No. 24-11592 (Bankr. D. Mass.)**

| In re Jason M Kahan, Case No. 24-11592 (Bankr. D. Mass.) | | | |
|---|---|---|---|
| **Designation No.** | **Date Filed** | **Docket No.** | **Description of Item** |
| 6. | 08/07/2024 | 1 | Voluntary Petition (Chapter 7) |
| 7. | 08/14/2024 | 18 | Motion filed by Enterprise Bank and Trust Company for Relief from the Automatic Stay |
| 8. | 08/27/2024 | 27 | Response filed by Jason M Kahan to 18 Motion for Relief from the Automatic Stay |
| 9. | 09/11/2024 | 36 | Schedules and Statement of Financial Affairs |
| 10. | 11/30/2024 | 79 | Debtor's Motion for Declaratory Determination Regarding the Respective Rights of the Debtor and His Trustee Where the Debtor's Creditors' Claims are Fewer Than Three Percent of the Debtor's Total Estate |
| 11. | 12/18/2024 | 99 | Trustee's Objection to Debtor's Motion to Clarify |
| 12. | 01/06/2025 | 110 | Debtor's Withdrawal of 79 Motion |
| 13. | 01/15/2025 | 118 | Application filed by Trustee Donald Lassman to Employ Kenneth T. Cuccinelli, II as Special Counsel |
| 14. | 01/23/2025 | 121 | Chapter 7 Trustee's Motion to Conduct Rule 2004 Examination of Hunter Penn |
| 15. | 02/19/2025 | 137 | Proceeding Memorandum and Order on 118 Application to Employ |
| 16. | 02/26/2025 | 145 | Order Granting Trustee's Rule 2004 Motion |
| 17. | 03/03/2025 | 147 | Objection to Deposition Request and Discovery Requests filed by Interested Party Hunter Penn |
| 18. | 03/13/2025 | 150 | Objection to Deposition Request and Discovery Requests filed by Hunter Penn |
| 19. | 04/08/2025 | 157 | Chapter 7 Trustee's Objection to Hunter Penn's Motion to Quash |
| 20. | 04/17/2025 | 165 | Proceeding Memorandum and Order Denying Penn's Motion to Quash |
| 21. | 05/05/2025 | 173 | Order Modifying Subpoena Dated March 5, 2025 |

| In re Jason M Kahan, Case No. 24-11592 (Bankr. D. Mass.) | | | |
|---|---|---|---|
| **Designation No.** | **Date Filed** | **Docket No.** | **Description of Item** |
| 22. | 05/28/2025 | 184 | Hunter Penn's Objection to Subpoena and Deposition and Motion to Quash |
| 23. | 07/11/2025 | 187 | Chapter 7 Trustee's Motion to Compel Hunter Penn's Attendance at Rule 2004 Examination and Production of Documents |
| 24. | 08/26/2025 | 199 | Proceeding Memorandum and Order on 184 Motion to Quash |
| 25. | 08/27/2025 | 200 | Proceeding Memorandum and Order on 187 Motion to Compel |
| 26. | 01/12/2026 | 205 | Motion to Approve Stipulation of Dismissal filed by the United States Trustee |
| 27. | 01/22/2026 | 208 | Debtor's Motion for Declaratory Determination Regarding the Ownership of the Debtor's Bitcoin |
| 28. | 02/06/2026 | 210 | Chapter 7 Trustee's Objection to Debtor's Motion for Declaratory Determination Regarding the Ownership of the Debtor's Bitcoin |
| 29. | 03/26/2026 | 234 | Proceeding Memorandum and Order Denying Debtor's 208 Motion for Declaratory Determination |
| 30. | 03/31/2026 | 243 | Supplement to Motion to Approve Stipulation of Dismissal filed by the United States Trustee |
| 31. | 04/07/2026 | 248 | Order Setting Hearing on the Employment of Special Counsel |
| 32. | 04/21/2026 | 253 | Proceeding Memorandum and Order Granting Stipulation of Dismissal |
| 33. | 04/27/2026 | 255 | Status Report of Special Counsel on 248 Order |
| 34. | 04/28/2026 | 256 | Chapter 7 Trustee's Response to 248 Order |
| 35. | 05/05/2026 | 257 | Status Report of Former Special Counsel on 248 Order |
| 36. | 05/06/2026 | 258 | Proceeding Memorandum and Order on 248 Order |
| 37. | 05/14/2026 | 264 | Certificate of Service of 260 Motion and 262 Order filed by the Chapter 7 Trustee |
| 38. | 07/14/2026 | 338 | Notice of Withdrawal of Appearance/Representation by Darren Azman and McDermott Will & Schulte LLP as Counsel for Samara CR Holdings, LLC |

**B. *In re Jason Kahan*, Case No. 23-11830 (Bankr. D. Mass.)**

| In re Jason Kahan, Case No. 23-11830 (Bankr. D. Mass.) | | | |
|---|---|---|---|
| **Designation No.** | **Date Filed** | **Docket No.** | **Description of Item** |
| 39. | 11/07/2023 | 1 | Voluntary Petition (Chapter 13) |
| 40. | 12/06/2023 | 17 | Schedules and Statement of Financial Affairs |
| 41. | 12/26/2023 | 26 | Boston Redevelopment Authority's Motion for Rule 2004 Examination of Debtor Jason Kahan |
| 42. | 01/22/2024 | 48 | Order Granting Boston Redevelopment Authority's Rule 2004 Motion |
| 43. | 02/22/2024 | 83 | Boston Redevelopment Authority's Motion to Compel Debtor to Comply with Rule 2004 Order for Production of Documents and Subpoena Duces Tecum |
| 44. | 03/01/2024 | 89 | Order Dismissing Case |

**C. *Harrington v. Kahan*, Adv. Proc. No. 24-01111 (Bankr. D. Mass.)**

| Harrington v. Kahan, Adv. Proc. No. 24-01111 (Bankr. D. Mass.) | | | |
|---|---|---|---|
| **Designation No.** | **Date Filed** | **Docket No.** | **Description of Item** |
| 45. | 12/20/2024 | 1 | Complaint filed by U.S. Trustee Objecting to Debtor's Discharge |
| 46. | 02/27/2025 | 20 | Debtor's Answer to Complaint Objecting to Discharge |
| 47. | 09/30/2025 | 46 | Motion of United States Trustee for Order Compelling Jason M Kahan to Produce Documents |
| 48. | 10/07/2025 | 47 | Defendant's Response to Plaintiff's Motion to Compel Production of Documents |
| 49. | 10/17/2025 | 50 | Debtor's Further Response to Plaintiff's Motion to Compel Production of Documents |
| 50. | 01/05/2026 | 53 | Stipulation of Dismissal by and Between United States Trustee and Jason M Kahan |

**D. *In re Olga Bassa*, Case No. 24-10404 (Bankr. D. Mass.)**

| In re Olga Bassa, Case No. 24-10404 (Bankr. D. Mass.) | | | |
|---|---|---|---|
| **Designation No.** | **Date Filed** | **Docket No.** | **Description of Item** |
| 51. | 03/28/2024 | 14 | Motion to Dismiss the Debtor's Chapter 13 Case with Prejudice filed by First Boston Associates, LLC |
| 52. | 04/01/2024 | 21 | Debtor's Chapter 13 Plan |
| 53. | 04/22/2024 | 25 | Debtor's Response to Motion to Dismiss |
| 54. | 04/29/2024 | 30 | Objection to Confirmation of Debtor's Chapter 13 Plan filed by Enterprise Bank and Trust Company |
| 55. | 04/29/2024 | 31 | Objection of First Boston Associates, LLC to Debtor's Chapter 13 Plan |
| 56. | 02/25/2025 | 87 | First Boston Associates, LLC Motion for Relief from Automatic Stay |
| 57. | 03/06/2025 | 88 | Debtor's Response to Motion for Relief from Stay Filed by First Boston Associates, LLC |
| 58. | 04/07/2025 | 93 | Response of First Boston Associates, LLC to Debtor's Response to Motion for Relief from Stay Filed by First Boston Associates, LLC |
| 59. | 06/27/2025 | 98 | Transcript of Hearing held on April 9, 2025 on the Motion for Relief |

Dated: August 17, 2026

Respectfully submitted,

/s/ *Richard C. Pedone*
Richard C. Pedone (BBO # 630716)
Morgan C. Nighan (BBO # 679546)
Daniel P. McMonagle (BBO # 713426)
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
Email: rpedone@nixonpeabody.com

*Counsel to PBTC Recovery Partners, LLC*

**CERTIFICATE OF SERVICE**

I, Richard C. Pedone, hereby certify that on August 17, 2026, I caused a copy of the *Appellee PBTC Recovery Partners, LLC's Designation Of Additional Items To Be Included In Record On Appeal Pursuant To Rule 8009(a)(2)(A) Of The Federal Rules Of Bankruptcy Procedure* to be served:

i. by email to counsel for Jason M. Kahan (barry@levineslaw.com, jredlener@ascendantlawgroup.com, lh@ascendantlawgroup.com, Rwhynottlaw@gmail.com);

ii. by email to counsel for Samara CR Holdings, LLC (jredlener@ascendantlawgroup.com, Rwhynottlaw@gmail.com);

iii. by email to the Chapter 7 Trustee, Donald Lassman (don@lassmanlaw.com);

iv. by email to counsel for the Chapter 7 Trustee (mdegiacomo@harrisbeachmurtha.com, zgregoricus@harrisbeachmurtha.com); and

v. on all parties requesting service via the Court's Electronic Case Filing system.

Respectfully submitted,

/s/ *Richard C. Pedone*