UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JASON KAHAN,<br><br>Debtor | Chapter 7<br>Case No. 24-11592-JEB |

**Order Setting Hearing and Objection Deadline**

**MATTER:**
#376 Expedited Motion Of PBTC Recovery Partners, LLC Pursuant To Bankruptcy Rule 2004 Seeking To Compel Jason M. Kahan To Disclose The Current Contact Information For Hunter Penn In Order To Serve Proceeding Memorandum And Order

The request for expedited determination is granted as follows. Based on the representations set forth in the Motion, the Court finds that cause exists to shorten the notice of the hearing on the Motion. The Court will hold a hearing on the Motion on **August 27, 2026, at 11:00 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th floor, Courtroom #3, Boston, MA 02109.

**Objections may be raised at the hearing.**

PBTC Recovery Partners, LLC shall immediately give notice of the hearing to all parties who are entitled to notice by (i) serving a copy of this Order by electronic mail or other method designed to provide immediate notice, or (ii) giving telephonic notice of the hearing followed by service of a copy of this Order by first class mail, postage prepaid. PBTC Recovery Partners, LLC shall file a certificate of such service (including the manner of service) by **August 24, 2026**.

The hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Deputy Lisa Belanger, at lisa_belanger@mab.uscourts.gov no **later than 10:00 a.m. the business day before the hearing**. **Requests submitted after the deadline may not be accommodated and the Party should plan to attend in person in the Courtroom**. Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person hearings. Parties attending remotely must be in a quiet setting and must not be walking, driving,

or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

Dated: August 21, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge