UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Jason M Kahan<br><br>Debtor | Ch. 7<br>24-11592-JEB |

**Order**

**MATTER:**
#396 Motion filed by Debtor Jason M Kahan for Leave to File Objection to Docket No. [388] After Deadline Re: [388] Motion to Compromise

The Motion is granted as follows. The Court will deem the Objection attached as Exhibit A as an objection to the Motion to Compromise.

Dated: 10/20/2026

By the Court,

Janet E. Bostwick

Janet E. Bostwick
United States Bankruptcy Judge