UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>JASON M. KAHAN,<br><br>Debtor | Chapter 7<br>Case No. 24-11592-JEB |

**Order**

**MATTER:**
#400 Emergency Motion filed by Debtor Jason M Kahan for an Opportunity to be Heard on the Chapter 7 Trustee's Motion to Approve Stipulation and to Defer Ruling or Set a Continued Hearing, Alternatively, for Relief from Any Ruling Entered

For the reasons set forth in this Order, Motion is denied. As set forth in the Notice of Non-Evidentiary Hearing regarding the Compromise between Donald Lassman, the Chapter 7 Trustee, and First Boston Associates LLC dated September 14, 2026, the hearing was scheduled for 10:15 a.m. on October 27, 2026. The Debtor was on notice of the date and time of the hearing. As reflected in the Notice, the Debtor was required to request any notice by 10:00 a.m. on October 26, 2026, if he wished to appear remotely. The Debtor's belated request for remote after more than thirty minutes after the hearing was scheduled, was not timely, nor a basis to delay or reconsider the ruling of the Court.

Dated: October 28, 2026

By the Court,

Janet E. Bostwick

Janet E. Bostwick
United States Bankruptcy Judge